THE LAW OFFICE OF
# DALE W. PITTMAN, P.C.
THE ELIZA SPOTSWOOD HOUSE
112-A WEST TABB STREET
PETERSBURG, VIRGINIA 23803-3212
TELEPHONE (804) 861-6000
FACSIMILE (804) 861-3368

DALE W. PITTMAN
dale@pittmanlawoffice.com

November 9, 2011

Fernando Galindo, Clerk
United States District Court
701 E. Broad Street, Suite 3000
Richmond, Virginia 23219-3528

**Re: Gregory Thomas Berry, et al. v. LexisNexis Risk & Information Analytics Group, Inc., et al.**

Dear Mr. Galindo:

I represent the Plaintiffs in the captioned matter. Enclosed for filing are Plaintiffs' Civil Cover Sheet and Complaint, along with our check in the amount of $350.00 to cover the filing fee. I would greatly appreciate your receiving and filing these items in your usual manner.

We plan to serve the Defendants through a process server. In that regard, enclosed are the following:

• Duly completed Summonses for the Defendants, which I would appreciate your having signed, sealed, and returned to me, and

• Three copies of the Complaint.

Please return to us by mail the Summonses, and we will attempt service on the Defendants.

Please call if you have any questions. Thank you for your anticipated cooperation and assistance in this regard.

Yours very truly,

Dale W. Pittman

Enclosures
Copies to: Leonard A. Bennett, Esquire
Matthew J. Erausquin, Esquire
Michael A. Caddell, Esquire
James A. Francis, Esquire