## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number <u>11-754</u>, Case Name <u>Berry, et al, v. LexisNexis, et al.</u>

Party Represented by Applicant: <u>Plaintiffs</u>

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) <u>John Soumilas</u>

Bar Identification Number <u>84527</u>    State <u>Pennsylvania</u>

Firm Name <u>Francis & Mailman, P.C.</u>

Firm Phone # <u>215-735-8600</u>    Direct Dial # <u> </u>    FAX # <u>215-940-8000</u>

E-Mail Address <u>jsoumilas@consumerlawfirm.com</u>

Office **Mailing** Address <u>Land Title Building, 19th Floor, 100 S. Broad Street, Philadelphia, PA 19110</u>

Name(s) of federal court(s) in which I have been admitted <u>See Attached</u>

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

<u>/s/ John Soumilas</u>
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

<u>/s/ Dale W. Pittman</u>    <u>11/17/11</u>
(Signature)        (Date)

Dale W. Pittman      15673
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____      _____
(Judge's Signature)          (Date)

## ADMISSIONS

U.S. Court of Appeals for the Third Circuit

U.S. District Court for the Eastern District of Pennsylvania

U.S. District Court for the District of New Jersey

U.S. District Court for the Eastern District of Michigan

Pennsylvania Supreme Court and all other Pennsylvania Courts

New Jersey Supreme Court and all other New Jersey Courts

## PRO HAC ADMISSIONS

U.S. District Court for the Central District of California

U.S. District Court for the Northern District of Georgia

U.S. District Court for the Northern District of Illinois

U.S. District Court for the District of Maine

U.S. District Court for the Southern District of New York