# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:11-cv-00754 , Case Name Berry v. LexisNexis Risk & Information Anal·
Party Represented by Applicant: all Plaintiffs

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) Cynthia Bodendieck Chapman
Bar Identification Number 00796339     State Texas
Firm Name Caddell & Chapman
Firm Phone # 713-751-0400     Direct Dial #     FAX # 713-751-0906
E-Mail Address cbc@caddellchapman.com
Office **Mailing** Address 1331 Lamar St., Suite 1070, Houston, TX 77010

Name(s) of federal court(s) in which I have been admitted See attached Exhibit A

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/Cynthia B. Chapman
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/Dale W. Pittman             11/17/11
(Signature)                    (Date)
Dale W. Pittman                15673
(Typed or Printed Name)        (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____


_____         _____
(Judge's Signature)              (Date)

# EXHIBIT A

## CYNTHIA B. CHAPMAN
## COURT ADMISSIONS

California Bar No. - 164471
Texas Bar No. - 00796339
Texas Federal Bar No. - 20617

**Cynthia B. Chapman is in good standing in all court listed below.**

| COURT | Admissions Verification | DATE ADMITTED |
|---|---|---|
| California state district courts | State Bar of California Member Service Center 888.800.3400 | 6/7/93 |
| Texas state district courts | State Bar of Texas Membership Dept. P.O. Box 12487 Austin, TX 78711 800.204.2222 ext. 1383 | 11/1/96 |
| US District Court, Southern District of California | Clerk of Court 880 Front St., Suite 4290 San Diego, CA 92101-8900 619.557.5600 | 6/11/93 |
| US District Court, Southern District of Texas | David J. Bradley, Clerk of Court 515 Rusk Ave. Houston, TX 77002 713.250.5500 | 10/6/97 |
| US District Court, Northern District of California | David J. Bradley, Clerk of Court 515 Rusk Ave. Houston, TX 77002 713.250.5500 | 8/15/05 |
| US District Court, District of Colorado | Gregory Langham, Clerk of Court Alfred A. Arraj US Courthouse Room A-105, 901 19th St. Denver, CO 80294-3589 303.844.3433 | 4/25/05 |

| US District Court, Eastern District of Michigan | David J. Weaver, Clerk of Court<br>231 W. Lafayette Blvd., Room 564<br>Detroit, MI 48226<br>313.234.5044 | 6/23/05 |
|---|---|---|
| US District Court, Eastern District of California | Office of the Clerk<br>501 I Street<br>Sacramento, CA 95814<br>916.930.4000 | 12/20/07 |
| US District Court, Western District of Wisconsin | Office of the Clerk<br>120 N. Henry St., Room 320<br>Madison, WI 53701-0432<br>608.264.5156 | 4/15/08 |
| US District Court, Northern District of Illinois | Clerk of Court<br>291 S. Dearborn St.<br>Chicago, IL 60604<br>312.435.5670 | 1/13/10 |
| US District Court, Southern District of Illinois | Clerk of Court<br>750 Missouri Ave.<br>P.O. Box 249<br>East St. Louis, IL 62201<br>618.482.9371 | 9/21/10 |
| U.S. District Court for the Eastern District of Texas | Clerk of Court<br>211 W. Ferguson St., Room 106<br>Tyler, TX 75702<br>903.590.1000 | 4/30/10 |
| U.S. District Court for the Central District of California | Clerk of Court,<br>312 N. Spring St., Room 529<br>Los Angeles, CA 90012<br>213.894.2085<br>http://www.cacd.uscourts.gov/cacd/AttySearch.nsf | 3/21/05 |
| US Court of Appeals, Fifth Circuit | Majella Sutton<br>Attorney Admissions Clerk<br>U.S. Court of Appeals, Fifth Circuit<br>515 Rusk St.<br>Houston, TX 77002-2600<br>713.250.5440 | 10/2/00 |
| US Court of Appeals, Seventh Circuit | Clerk's Office,<br>Room 2722, 219 S. Dearborn St.<br>Chicago, IL 60604<br>312.435.5850 | 12/2008 |
| US Court of Appeals, Ninth Circuit | Molly Dwyer, Clerk of Court<br>P.O. Box 193939 | 6/5/07 |

|  | San Francisco, CA 94119-3939<br>415.355.8000 |  |
| --- | --- | --- |
| US Court of Appeals, Federal Circuit | Clerk's Office, Room 401,<br>717 Madison Place, NW,<br>Washington, DC 20439<br>202.275.8000 | 8/25/09 |