# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:11-cv-00754__, Case Name __Berry v. LexisNexis Risk & Information Anal__
Party Represented by Applicant: __all Plaintiffs__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) __Craig Carley Marchiando__
Bar Identification Number __24046347__   State __Texas__
Firm Name __Caddell & Chapman__
Firm Phone # __713-751-0400__   Direct Dial # _____   FAX # __713-751-0906__
E-Mail Address __ccm@caddellchapman.com__
Office **Mailing** Address __1331 Lamar St., Suite 1070, Houston, TX 77010__

Name(s) of federal court(s) in which I have been admitted __US District Court for the Southern District of Texas__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Craig C. Marchiando
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/Dale W. Pittman                          11/17/11
(Signature)                                 (Date)
Dale W. Pittman                             15673
(Typed or Printed Name)                     (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____          _____
(Judge's Signature)                (Date)