IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GREGORY THOMAS BERRY,**
*SUMMER DARBONNE,*
*RICKEY MILLEN, SHAMOON SAEED,*
*ARTHUR B. HERNANDEZ, ERIKA A.*
*GODFREY, and TIMOTHY OTTEN, on behalf of*
*themselves and others similarly situated,*

        **Plaintiffs,**        CASE NO. 3:11-cv-00754-JRS

**v.**

**LEXISNEXIS RISK & INFORMATION**
**ANALYTICS GROUP, INC., SEISINT, INC.,**
**and REED ELSEVIER, INC.,**

        **Defendants.**

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1A, Newport News, VA 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiffs.

Please copy him with all matters in this case.

    **GREGORY THOMAS BERRY,**
    *SUMMER DARBONNE, RICKEY MILLEN,*
    *SHAMOON SAEED,  ARTHUR B.*
    *HERNANDEZ, ERIKA A. GODFREY,*
    *and TIMOTHY OTTEN, on behalf of*
    *themselves and others similarly situated,*

    /s/
    Leonard A. Bennett, Esq.
    VSB #37523
    Attorney for Plaintiff
    CONSUMER LITIGATION
    ASSOCIATES, P.C.
    763 J. Clyde Morris Boulevard, Suite 1A
    Newport News, Virginia 23601
    (757) 930-3660 - Telephone
    (757) 930-3662 – Facsimile
    lenbennett@cox.net