IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| GREGORY THOMAS BERRY, SUMMER DARBONNE, RICKEY MILLEN, SHAMOON SAEED, ARTHUR B. HERNANDEZ, ERIKA A. GODFREY, and TIMOTHY OTTEN, on behalf of themselves and others similarly situated, | : : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 3:11cv754 |
| LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., et al. | : : : : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Matthew J. Erausquin, Esq. of Consumer Litigation Associates, P.C., 1800 Diagonal Road, Suite 600, Alexandria, Virginia 22314 hereby notes his appearance as counsel in this case on behalf of the Plaintiffs.

Please copy him with all matters in this case.

**YOUR PLAINTIFFS,**

/s/
Matthew J. Erausquin, Esq.
VSB. #65434
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, PC
1800 Diagonal Road
Suite 600
Alexandria, VA  22314
(703) 273-6080 – Telephone
(888) 892-3512 – Facsimile
matt@clalegal.com