# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:11-cv-00754____, Case Name Berry v. LexisNexis Risk & Information Anal

Party Represented by Applicant: all Plaintiffs

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Craig Carley Marchiando

Bar Identification Number 24046347____ State Texas

Firm Name Caddell & Chapman

Firm Phone # 713-751-0400____ Direct Dial # _____ FAX # 713-751-0906

E-Mail Address ccm@caddellchapman.com

Office **Mailing** Address 1331 Lamar St., Suite 1070, Houston, TX 77010

Name(s) of federal court(s) in which I have been admitted US District Court for the Southern District of Texas

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Craig C. Marchiando
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice.*

/s/Dale W. Pittman                                    11/17/11
(Signature)                                           (Date)
Dale W. Pittman                                       15673
(Typed or Printed Name)                              (VA Bar Number)

---

Court Use Only:

Clerk's Fee Paid ____✓____ or Exemption Granted _____

The motion for admission is GRANTED ____✓____ or DENIED _____

FILED

NOV 2 8 2011

CLERK, U.S. DISTRICT COURT
RICHMOND, VA.

11-28-11
(Date)

/s/
James R. Spencer
Chief United States District Judge