IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL RULE 83.1(D)

In Case Number 3:11cv754, Case Name Gregory Thomas Berry v. LexisNexis Risk & Information Analytics Group, Inc., et al.

Party Represented by Applicant: LexisNexis Risk & Information Analytics Group, Inc., Reed Elsevier Inc. and Seisint, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Ronald I. Raether, Jr.
Bar Identification Number ___0067731___                           State ____Ohio____
Firm Name _____Faruki Ireland & Cox P.L.L._____
Firm Phone # (937) 227-3700_____Direct Dial # _(937) 227-3733_____ FAX # (937) 227-3717
E-Mail Address rraether@ficlaw.com
Office Mailing Address 500 Courthouse Plaza SW, 10 N Ludlow St., Dayton, OH 45402
Name(s) of federal court(s) in which I have been admitted  See attached Exhibit A

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/David N. Anthony                                1/18/2012
(Signature)                                        (Date)
David N. Anthony
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid ___✓___ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

_____/s/_____
James R. Spencer
United States District Judge

#2123695

FILED
JAN 19 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

1-19-12
(Date)