IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| GREGORY THOMAS BERRY, et al. | : | Civil Action No. 3:11-cv-00754-JRS |
| Plaintiffs, | : | |
| | : | (Judge James R. Spencer) |
| v. | : | |
| LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., et al. | : | |
| Defendants. | : | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT OF DEFENDANT
LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC.**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for LexisNexis Risk and Information Analytics Group Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Reed Elsevier Inc.; Reed Elsevier U.S. Holdings Inc.; Reed Elsevier Overseas B.V.; and Reed Elsevier Group plc.

Date:   February 6, 2012             **LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC.**


           /s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Defendant LexisNexis Risk and Information Analytics Group Inc.*
TROUTMAN & SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:  804.697.5410
Facsimile:  804.698.5118
Email:  david.anthony@troutmansanders.com

Ronald I. Raether, Jr.
Ohio Bar No. 0067731 (admitted *pro hac vice*)
*Attorney for Defendant LexisNexis Risk and Information Analytics Group Inc.*
FARUKI IRELAND & COX. P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  937.227.3733
Telecopier:  937.227.3717
Email:  rraether@ficlaw.com

James F. McCabe
Cal. Bar No. 104686 (admitted *pro hac vice*)
*Attorney for Defendant LexisNexis Risk and Information Analytics Group Inc.*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone:  415.268.7000
Facsimile:  415.268.7522
Email:  jmccabe@mofo.com

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of February, 2012, I electronically filed the foregoing Financial Interest Disclosure Statement of Defendant LexisNexis Risk and Information Analytics Group Inc. with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212

Leonard A. Bennett
Matthew Erausquin
Consumer Litigation Associates P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

Michael A. Caddell
Cynthia B. Chapman
Craig C. Marchiando
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010

James A. Francis
Mark D. Mailman
John Soumilas
Francis & Mailman
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Attorneys for Plaintiffs and the Classes

      /s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Defendant LexisNexis Risk and Information Analytics Group Inc.*
TROUTMAN & SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: 804.697.5410
Facsimile: 804.698.5118
Email: david.anthony@troutmansanders.com

*#2129213*