IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| GREGORY THOMAS BERRY, et al. | : | Civil Action No. 3:11-cv-00754-JRS |
| Plaintiffs, | : | |
| | : | (Judge James R. Spencer) |
| v. | : | |
| LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., et al. | : | |
| Defendants. | : | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT
OF DEFENDANT SEISINT, INC.**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Seisint, Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Reed Elsevier Inc.; Reed Elsevier U.S. Holdings Inc. ; Reed Elsevier Overseas B.V.; and Reed Elsevier Group plc

Date:   February 6, 2012                              **SEISINT, INC.**


           /s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Defendant Seisint, Inc.*
TROUTMAN & SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:  804.697.5410
Facsimile:  804.698.5118
Email:  david.anthony@troutmansanders.com

Ronald I. Raether, Jr.
Ohio Bar No. 0067731 (admitted *pro hac vice*)
*Attorney for Defendant Seisint, Inc.*
FARUKI IRELAND & COX. P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone: 937.227.3733
Telecopier: 937.227.3717
Email:  rraether@ficlaw.com

James F. McCabe
Cal. Bar No. 104686 (admitted *pro hac vice*)
*Attorney for Defendant Seisint, Inc.*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone:  415.268.7000
Facsimile:  415.268.7522
Email:  jmccabe@mofo.com

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of February, 2012, I electronically filed the foregoing Financial Interest Disclosure Statement of Defendant Seisint, Inc. with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

>Dale W. Pittman
>The Law Office of Dale W. Pittman, P.C.
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, VA 23803-3212
>
>Leonard A. Bennett
>Matthew Erausquin
>Consumer Litigation Associates P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, VA 23606
>
>Michael A. Caddell
>Cynthia B. Chapman
>Craig C. Marchiando
>Caddell & Chapman
>1331 Lamar, Suite 1070
>Houston, TX 77010
>
>James A. Francis
>Mark D. Mailman
>John Soumilas
>Francis & Mailman
>Land Title Building, 19th Floor
>100 South Broad Street
>Philadelphia, PA 19110
>
>Attorneys for Plaintiffs and the Classes

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Defendant Seisint, Inc.*
TROUTMAN & SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: 804.697.5410
Facsimile: 804.698.5118
Email: david.anthony@troutmansanders.com

*#2129181*