IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GREGORY THOMAS BERRY, et al. | Civil Action No. 3:11 cv 00754-JRS |
| Plaintiffs, | |
| | (Judge James R. Spencer) |
| v. | |
| LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., et al. | |
| Defendants. | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**
**OF DEFENDANT REED ELSEVIER INC.**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Reed Elsevier Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Reed Elsevier U.S. Holdings Inc. with Reed Elsevier Group plc as the ultimate parent company and publicly traded stock of Reed Elsevier plc and Reed Elsevier NV.

Date:   February 6, 2012                    **REED ELSEVIER INC.**

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Defendant Reed Elsevier Inc.*
TROUTMAN & SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:  804.697.5410
Facsimile:  804.698.5118
Email:  david.anthony@troutmansanders.com

Ronald I. Raether, Jr.
Ohio Bar No. 0067731 (admitted *pro hac vice*)
*Attorney for Defendant Reed Elsevier Inc.*
FARUKI IRELAND & COX. P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  937.227.3733
Telecopier:  937.227.3717
Email:  rraether@ficlaw.com

James F. McCabe
Cal. Bar No. 104686 (admitted *pro hac vice*)
*Attorney for Defendant Reed Elsevier Inc.*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone:  415.268.7000
Facsimile:  415.268.7522
Email:  jmccabe@mofo.com

## CERTIFICATE OF SERVICE

       I certify that on the 6th day of February, 2012, I electronically filed the foregoing Financial Interest Disclosure Statement of Defendant Reed Elsevier Inc. with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

    Dale W. Pittman
    The Law Office of Dale W. Pittman, P.C.
    The Eliza Spotswood House
    112-A West Tabb Street
    Petersburg, VA 23803-3212

    Leonard A. Bennett
    Matthew Erausquin
    Consumer Litigation Associates P.C.
    12515 Warwick Boulevard, Suite 100
    Newport News, VA 23606

    Michael A. Caddell
    Cynthia B. Chapman
    Craig C. Marchiando
    Caddell & Chapman
    1331 Lamar, Suite 1070
    Houston, TX 77010

    James A. Francis
    Mark D. Mailman
    John Soumilas
    Francis & Mailman
    Land Title Building, 19th Floor
    100 South Broad Street
    Philadelphia, PA 19110

    Attorneys for Plaintiffs and the Classes

          /s/ David N. Anthony
        David N. Anthony
        Virginia State Bar No. 31696
        *Attorney for Defendant Reed Elsevier Inc.*
        TROUTMAN & SANDERS LLP
        1001 Haxall Point
        Richmond, Virginia 23219
        Telephone: 804.697.5410
        Facsimile: 804.698.5118
        Email: david.anthony@troutmansanders.com

*#2129212*