**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**GREGORY THOMAS BERRY,**
***SUMMER DARBONNE,***
***RICKEY MILLEN, SHAMOON SAEED,***
***ARTHUR B. HERNANDEZ, ERIKA A.***
***GODFREY, and TIMOTHY OTTEN, on behalf of***
***themselves and others similarly situated,***

**Plaintiffs,** **CASE NO. 3:11-cv-00754-JRS**

**v.**

**LEXISNEXIS RISK & INFORMATION**
**ANALYTICS GROUP, INC., SEISINT, INC.,**
**and REED ELSEVIER, INC.,**

**Defendants.**

## NOTICE OF APPEARANCE

Susan Mary Rotkis, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1A, Newport News, VA 23601 hereby notes her appearance as counsel in this case on behalf of the Plaintiffs.

Please copy her with all matters in this case.

**GREGORY THOMAS BERRY,**
***SUMMER DARBONNE, RICKEY MILLEN,***
***SHAMOON SAEED, ARTHUR B.***
***HERNANDEZ, ERIKA A. GODFREY,***
***and TIMOTHY OTTEN, on behalf of***
***themselves and others similarly situated,***
_________/s/_______________

Susan Mary Rotkis, Esq.
VSB #40693
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
srotkis@clalegal.com

CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of July, 2012, a true and correct copy of the foregoing Notice of Deposition was forwarded by first class mail to the following counsel of record:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: david.anthony@troutmansanders.com

James Francis McCabe
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Email: jmccabe@mofo.com

Ronald Irvin Raether , Jr.
Faruki Ireland & Cox PLL
500 Courthouse Plaza SW
10 N Ludlow St
Dayton, OH 45402
Email: rraether@ficlaw.com

________________________________

Susan Mary Rotkis, Esq.
VSB #40693
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile