IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

GEORGE THOMAS BERRY, et al.,

     Plaintiffs,

v.                                                                                    Civil Action 3:11cv754

LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC., et al.,

     Defendants.

## ORDER

This matter comes before the Court on referral from the Honorable James R. Spencer for settlement negotiations. On October 12, 2012, Defendants, on behalf of both parties, submitted a status update to the Court, advising the Court of the on-going settlement negotiations. For good cause and based upon the representations of both parties that progress continues and additional time would aid the settlement process, the Court hereby CANCELS the October 18, 2012 Settlement Conference.

The Court ORDERS the parties to contact the Court within seven (7) days of the date of entry hereof to reschedule the Settlement Conference.

Let the Clerk send a copy of this Order to all counsel of record and the Honorable James R. Spencer.

It is so ORDERED.

                                       /s/
                               M. Hannah Lauck
                       United States Magistrate Judge

Richmond, Virginia
Date: 10-16-12