IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GREGORY THOMAS BERRY, et al.,

    Plaintiffs,

v.                                                    Civil Action 3:11cv754

LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC., et al.,

    Defendants.

## ORDER

This matter comes before the Court on referral from the Honorable James R. Spencer for mediation. On October 12, 2012, Defendants, on behalf of both parties, submitted a status update to the Court, advising the Court of the on-going settlement negotiations. Based upon the representations of the parties regarding the progress of settlement negotiations, on October 16, 2012, the Court cancelled the October 18, 2012 Settlement Conference and ordered the parties to contact the Court to reschedule the Settlement Conference.

Upon agreement of the parties, the Court schedules a Settlement Conference at 2:00 p.m. on December 19, 2012 in Courtroom 5300. The Courtroom will be closed to the public during the Settlement Conference.

The Court DIRECTS the parties to send any written submissions to be reviewed in anticipation of the hearing no later than December 7, 2012.

Let the Clerk send a copy of this Order to all counsel of record and the Honorable James R. Spencer.

It is so ORDERED.

/s/
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 10-30-12