EXHIBIT 3 – FILE SIZE EXCEEDS ECF LIMITATIONS.  HARD COPY HAS BEEN SENT TO CLERK'S OFFICE FOR FILING.