# EXHIBIT 5

## Declaration of Tom Sizer

## Filed under seal pursuant to March 14, 2013 Amendment to Protective Order [Dkt. No. 59]