CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET

DATE: 4/19/13

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Gregory Thomas Berry et al v. Lexis Nexis, et al. | CASE NO: 311CV754 <br> JUDGE: Spencer <br> COURT REPORTER: Kull |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: Preliminary Settlement

APPEARANCES: Parties by ( )/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( ) TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Preliminary Approval - GRANTED. Scheduling Order regarding Preliminary approval of Settlement to enter.

Counsel for Plaintiff(s): Leonard Bennett, James Francis, Cynthia Chapman, Michael Caddell, Dale Pittman, Matthew Erausquin

Counsel for Defendant(s): Ronald Raether, Daniel Anthony, James McCabe

SET: 10:00   BEGAN: 10:03   ENDED: 10:50   TIME IN COURT: :47

RECESSES: 10:47 - 10:50