**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **GREGORY THOMAS BERRY,** *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:11-cv-00754-JRS |
| ) | The Honorable James R. Spencer |
| **LEXISNEXIS RISK & INFORMATION** ) | |
| **ANALYTICS GROUP, INC.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT NOTICE OF PRESENTATION OF PROPOSED ORDER**

Plaintiffs, Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey, and Timothy Otten, on behalf of themselves and other others similarly situated, by counsel, and Defendants, LexisNexis Risk Solutions FL, Inc., LexisNexis Risk Data Management, Inc., and Reed Elsevier, Inc., by counsel, hereby provide notice of their presentation of a proposed Order Granting Motion for Preliminary Approval of Proposed Settlement and Order Preliminarily Approving Class Action Settlement, Certifying Conditional Settlement Classes, Appointing Class Counsel, Approving and Directing Notice Plans, Appointing Settlement Administrators, and Scheduling Final Fairness Hearing in this action.

| | |
|---|---|
| **GREGORY THOMAS BERRY, SUMMER DARBONNE, RICKEY MILLEN, SHAMOON SAEED, ARTHUR B. HERNANDEZ, ERIKA A. GODFREY, AND TIMOTHY OTTEN** | **LEXISNEXIS RISK SOLUTIONS FL, INC., LEXISNEXIS RISK DATA MANAGEMENT, INC., AND REED ELSEVIER, INC.** |
| By:/s/Leonard A. Bennett | By:/s/David N. Anthony |
| Leonard A. Bennett<br>Virginia State Bar No. 37523<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>763 J. Clyde Morris Boulevard, Suite 1A<br>Newport News, Virginia 23601<br>Telephone: 757-930-3660<br>Facsimile: 757-930-3662<br>Email: lenbennett@clalegal.com | David Neal Anthony<br>Virginia State Bar No. 31696<br>TROUTMAN SANDERS LLP<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>Richmond, VA 23219<br>Telephone: 804-697-5410<br>Fax: 804-698-5118<br>Email: david.anthony@troutmansanders.com |
| Matthew James Erausquin<br>Virginia State Bar No. 65434<br>Consumer Litigation Associates PC<br>1800 Diagonal Rd., Suite 600<br>Alexandria, VA 22314<br>Telephone: 703-273-6080<br>Facsimile: 888-892-3512<br>Email: matt@clalegal.com | James Francis McCabe<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: 415-268-7011<br>Facsimile: 415-268-7522<br>Email: jmccabe@mofo.com |
| Dale Wood Pittman<br>Virginia State Bar No. 15673<br>The Law Office of Dale W. Pittman, P.C.<br>112-A W Tabb St.<br>Petersburg, VA 23803-3212<br>Telephone: 804-861-6000<br>Facsimile: 804-861-3368<br>Email: dale@pittmanlawoffice.com | Ronald Irvin Raether, Jr.<br>Faruki Ireland & Cox PLL<br>500 Courthouse Plaza SW<br>10 N Ludlow St.<br>Dayton, OH 45402<br>Telephone: 937-227-3733<br>Facsimile: 937-227-3717<br>Email: rraether@ficlaw.com |
| | *Counsel for Defendants* |
| Craig Carley Marchiando<br>Caddell & Chapman<br>1331 Lamar St., Suite 1070<br>Houston, TX 77010<br>Telephone: 713-751-0400<br>Facsimile: 713-751-0906<br>Email: ccm@caddellchapman.com | |

Cynthia Bodendieck Chapman
Caddell & Chapman
1331 Lamar St., Suite 1070
Houston, TX 77010
Telephone: 713-751-0400
Facsimile: 713-751-0906
Email: cbc@caddellchapman.com

Erin Amanda Novak
Francis & Mailman PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Email: enovak@consumerlawfirm.com

James Arthur Francis
Francis & Mailman PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com

John Soumilas
Francis & Mailman PC
Land Title Building
100 S Broad Street. 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Email: jsoumilas@consumerlawfirm.com

Michael Allen Caddell
Caddell & Chapman
1331 Lamar St., Suite 1070
Houston, TX 77010
Telephone: 713-751-0400
Email: mac@caddellchapman.com

*Counsel for Plaintiffs*

20455901v1

3