JEANNE GILES
260 Gooseberry Drive
Reno, NV 89523
775.345.6066

Pro Se Class Member

FILED
MAILROOM
JUL - 2 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

\* \* \*

IN RE:

GREGORY T. BERRY,

    Plaintiff,

-vs-

LEXUS NEXUS RISK
INFORMATION ANALYTICS
INCORPORATED,

    Defendant.

_____/

CASE NO: 3:11-CV-00754-JRS
Class Action

**OBJECTION TO FAIRNESS AND NOTICE**

Hearing Date: August 30, 2013

    As a probable member of this class, and one who only received notice of this hearing in National Geographic Magazine, I hereby object to the fairness of the settlement and the method of notification about it. Please consider my objections for the following reasons:

1)     The notice in the magazine, can not be reasonably expected to be understood by anyone except a lawyer. The call-in phone line does not go to a live human being, but another computer answered phone system. If $5,500,000.00 is to go the counsel, they should be able to afford better.

2)     This appears not to be a *bona fide* class action, but rather an exercise that is designed to benefit the lawyers in involved.

3)     The public record documents available on PACER are not free, and it would probably cost hundreds of dollars to down load them. This is not reasonable if class members are not to be compensated, which is entirely objectionable.

4)     If the companies which are defending this case did wrong, then they should **not** be allowed to settle, because the lawyers always say; "Without Admission of Wrongdoing",

and it is better for all concerned, ie. the <u>Public</u>, which has been harmed, that they go to trial and be found guilty of wrong doing, for all the world to see.

5) The lawyers should not be paid in order to allow the perpetrators hide their wrong doing, on the other hand, if the lawyers who filed this suit did **not** have reason to do so, and are just trying to exact a settlement, then this too should come out for all the world to see.

6) I wish to opt out of this class, but I need to be told where the defendants can be served with suit papers, and the deadline for doing so. If you just mail them the paperwork they simply ignore you. I would also like a copy of the complaint, if possible.

7) Finally, I need the name and addresses of counsel in this case entitled to notice, so I can mail this in to them. These were not in the notice, and there is nothing in the law, that I know of, which requires me to own and use a computer in order to protect my rights.

I thank you for considering my thoughts on this matter, and I appreciate the fact that I have a right to present them.

Respectfully submitted this 2-8 day of June 2013

_Jeanne Giles_

CERTIFICATE OF SERVICE:
Under the penalty of perjury the foregoing statement is true and correct:
    That the people noted below have been mailed a copy of the foregoing document via first class mail:

Clerk of the US District Court
Eastern District of Virginia
401 Courthouse Street
Alexandria, VA 22314

Lexis-Nexis Settlement Admin.
PO Box 2983
Saribault, MN 55021