**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| GREGORY THOMAS BERRY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:11-cv-754 |
| ) | |
| v. ) | Judge James R. Spencer |
| ) | |
| LEXISNEXIS RISK & INFORMATION ) | |
| ANALYTICS GROUP, INC., et. al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

To: The Clerk of the Court and all parties of record.

Pursuant to Paragraph 14(c) of the Order Granting Motion For Preliminary Approval of Proposed Settlement (Dkt. 67), the following lawyers hereby enter their appearance in this case, so that they may appear or speak at the final approval hearing as counsel for Megan Christina Aaron, *et al.* (the "Aaron Objectors"), *i.e.*, for those members of the proposed Rule 23(b)(2) Settlement Class listed in Exhibit A to the Objections To Proposed Rule 23(b)(2) Settlement By Megan Christina Aaron, *et al.*, filed this day:

- Charles B. Molster, III (admitted to practice in this Court);
- William P. Ferranti (application to appear pro hac vice pending);
- Samuel Issacharoff (application to appear pro hac vice pending).

Dated: August 30, 2013

      /s/
Charles B. Molster, III
Va. Bar No. 23613
Attorney for Megan Christina Aaron, *et al.*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000 (phone)
(202) 282-5100 (fax)
cmolster@winston.com

OF COUNSEL:

Kimball R. Anderson
William P. Ferranti
Karl A. Leonard
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (phone)
(312) 558-5700 (fax)
bferranti@winston.com

Ryan Thompson
WATTS GUERRA LLP
5250 Prue Road, Suite 525
San Antonio, Texas 78240
(210) 448-0500 (phone)
(210) 448-0501 (fax)
rthompson@wattsguerra.com

Samuel Issacharoff
40 Washington Square South, 411J
New York, NY 10012
(212) 998-6580 (phone)
(212) 995-4590 (fax)
samuel.issacharoff@nyu.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2013, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to CM/ECF participants, and that I caused the foregoing document to be sent by first class mail and email to the following non-CM/ECF participants:

Dale Wood Pittman
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
dale@pittmanlawoffice.com

Leonard Anthony Bennett
Susan Mary Rotkis
CONSUMER LITIGATION ASSOCIATES
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
(757) 930-3660
lenbennett@clalegal.com
srotkis@clalegal.com

David A Searles
Erin Amanda Novak
James Arthur Francis
John Soumilas
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
(215) 735-8600
dsearles@consumerlawfirm.com
enovak@consumerlawfirm.com
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com

Craig Carley Marchiando
Cynthia Bodendieck Chapman
Michael Allen Caddell
CADDELL & CHAPMAN
1331 Lamar St., Suite 1070
Houston, TX 77010
(713) 751-0400
ccm@caddellchapman.com
cbc@caddellchapman.com
mac@caddellchapman.com

Janelle Mason Mikac
Matthew James Erausquin
CONSUMER LITIGATION ASSOCIATES
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
(703) 273-7770
janelle@clalegal.com
matt@clalegal.com

David Neal Anthony
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
(804) 697-5410
david.anthony@troutmansanders.com

| | |
|---|---|
| James Francis McCabe<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>(415) 268-7011<br>jmccabe@mofo.com | Ronald Irvin Raether , Jr.<br>FARUKI IRELAND & COX PLL<br>500 Courthouse Plaza SW<br>10 N Ludlow St<br>Dayton, OH 45402<br>937-227-3733<br>rraether@ficlaw.com |

       /s/
Charles B. Molster, III
Va. Bar No. 23613
Attorney for Megan Christina Aaron, *et al.*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 (phone)
(202) 282-5100 (fax)
cmolster@winston.com

2