# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 1700 K STREET, N.W. | LOS ANGELES |
| BRUSSELS | WASHINGTON, D.C. 20006 | MOSCOW |
| CHARLOTTE | | NEW YORK |
| CHICAGO | +1 (202) 282-5000 | NEWARK |
| GENEVA | | PARIS |
| HONG KONG | FACSIMILE +1 (202) 282-5100 | SAN FRANCISCO |
| HOUSTON | | SHANGHAI |
| LONDON | www.winston.com | WASHINGTON, D.C. |

August 30, 2013

**CHARLES B. MOLSTER, III**
Partner
(202) 282-5988
CMolster@winston.com

## VIA FEDERAL EXPRESS

U.S. District Court, Eastern District of Virginia
Office of the Clerk
Robinson and Merhige Federal Courthouse
701 East Broad Street, Suite 3000
Richmond, Virginia 23219

Re: *Berry, et al., v. Lexisnexis Risk & Info. Analytics Group, Inc., et. al.*, Case No. 3:11-cv-754

Dear Sir or Madam:

Together with Watts Guerra LLC, we represent Megan Christina Aaron, *et al.*, objectors in the above-referenced action. Today, we filed by ECF objection papers on our clients' behalf.

Our ECF filing contained a redacted Exhibit A identifying the full list of clients we represent in this action. In the publicly-filed version, we redacted those individuals' personal home address information pursuant to Fed. R. Civ. P. 5.2 and Local Civil Rule 7(c). Enclosed herewith for filing under seal is an unredacted version of Exhibit A.

If you have any questions, please do not hesitate to call me. You may also contact my partner Bill Ferranti at (312) 558-8797.

Sincerely,

Charles B. Molster, III

RECEIVED
SEP - 3 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Enclosures

CHI:2770547.1