IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GREGORY THOMAS BERRY, *et al.*,

    **Plaintiffs,**

v.                                       Civil Action No. 3:11CV754

LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC., *et al.*,

    **Defendants.**

## AGREED ORDER ADJOURNING THE FINAL FAIRNESS HEARING

And now, this 19th day of September, 2013, by agreement of the parties and for good cause shown, it is hereby ORDERED that:

(1) The October 3, 2013, Final Fairness Hearing to determine the fairness, reasonableness, and adequacy of the proposed Settlement (*see* Doc. 67), shall be adjourned to November 18, 2013;

(2) Those members of either class who have objected to the proposed Settlement and filed a notice of appearance for the October 3, 2013, Final Fairness Hearing, shall be deemed to have filed a notice of appearance for the November 18, 2013, Final Fairness Hearing;

(3) The parties shall provide a copy of this order to the members of either class who have objected to the proposed Settlement and filed a notice of appearance for the October 3, 2013, Final Fairness Hearing;

(4) Applications for attorneys' fees and reimbursement of costs and expenses by Class Counsel, as well as applications for a class representative service award, shall be filed with the Court *no later than November 4, 2013*. Further submissions by the Parties, including memoranda in support of the proposed settlement and responses to any objections, shall be filed with the Court *no later than November 4, 2013*. The Court will permit the supplementation of any filings by objectors as to attorneys' fees and costs at any date *on or before November 8, 2013*.

Let the Clerk send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

/s/
James R. Spencer
United States District Judge

ENTERED this 20th day of September, 2013.

WE ASK FOR THIS:

Leonard A. Bennett
Virginia State Bar No. No. 37523
*Counsel for Plaintiffs*
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email:lenbennett@clalegal.com

David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email:david.anthony@troutmansanders.com