


IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GREGORY THOMAS BERRY, *et al.*,

Plaintiffs,

v.  Civil Action No. 3:11cv754

LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC., *et al.*,

Defendants.

### AGREED ORDER

And now, this 7th day of October, 2013, by: (a) agreement of counsel for the parties; (b) with notice and the consent of counsel for members of either class who have objected to the proposed Settlement; and (c) for good cause shown, it is hereby ORDERED, that:

1. Those members of either class who have objected to the proposed Settlement and filed a notice of appearance for the October 3, 2013 Final Fairness Hearing, shall be deemed to have filed a notice of appearance for the December 10, 2013 Final Fairness Hearing and to maintain their previous objections;

2. The parties shall provide a copy of this order to the members of either class who have objected to the proposed Settlement and filed a notice of appearance for the Final Fairness Hearing;

3. Applications for attorneys' fees and reimbursement of costs and expenses by Class Counsel, as well as application for a class representative service award, shall be filed with the Court *no later than November 22, 2013*. Further submissions by the Parties including memoranda in support of the proposed settlement and responses to any objections, shall be filed with the Court *no later than November 22, 2013*. The Court will permit the optional

supplementation of any filings by objectors as to attorneys' fees and costs at any date *on or before November 26, 2013.*

Let the Clerk send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

                                                      /s/
                                    James R. Spencer
                                    United States District Judge

ENTERED this 10th day of October, 2013.

WE ASK FOR THIS:

| | |
|---|---|
| Leonard A. Bennett | David N. Anthony |
| Virginia State Bar No. 37523 | Virginia State Bar No. 31696 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |
| CONSUMER LITIGATION ASSOC PC | TROUTMAN SANDERS LLP |
| 763 J Clyde Morris Boulevard, Suite 1A | 1001 Haxall Point |
| Newport News, VA 23601 | Richmond, VA 23219 |
| Telephone: (757) 930-3660 | Telephone: (804) 697-5410 |
| Facsimile: (757) 930-3662 | Facsimile: (804) 698-5118 |
| Email: lenbennett@clalegal.com | Email: david.anthony@troutmansanders.com |