IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| GREGORY THOMAS BERRY, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No.: 3:11CV754 |
| LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## JOINT MOTION TO CORRECT MISREPRESENTATIONS OF THE WATTS GUERRA, L.L.P. OBJECTOR GROUP

Plaintiffs Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey and Timothy Otten, individually and on behalf of all others similarly situated, ("Plaintiffs"), and Defendants Reed Elsevier Inc., LexisNexis Risk Solutions FL Inc., and LexisNexis Risk Data Management, Inc. ("Defendants") (collectively, "the Parties") respectfully file this Joint Motion to Correct Misrepresentations of Attorney Ryan Thompson ("Thompson") and his law firm, Watts Guerra, L.L.P. (collectively "Watts Guerra"). The reasons supporting the Motion are stated more fully in the accompanying memorandum.

WHEREFORE, the Parties, by counsel, respectfully requests that the Court enter an Order: (1) granting their Joint Motion to Correct Misrepresentations of the Watts Guerra, L.L.P. Objector Group; (2) entering the proposed Order Granting Emergency Relief attached as Exhibit F to their Joint Memorandum in Support; (3) awarding the Parties their costs and expenses incurred herein; and (4) granting the Parties such further relief as the Court deems appropriate.

| | |
|---|---|
| **GREGORY THOMAS BERRY, SUMMER DARBONNE, RICKEY MILLEN, SHAMOON SAEED, ARTHUR B. HERNANDEZ, ERIKA A. GODFREY, AND TIMOTHY OTTEN, individually and on behalf of all others similarly situated** | **LEXISNEXIS RISK SOLUTIONS FL, INC., LEXISNEXIS RISK DATA MANAGEMENT, INC., AND REED ELSEVIER, INC.** |
| By:/s/Leonard A. Bennett | By:/s/David N. Anthony |
|    Leonard A. Bennett |    David Neal Anthony |
|    Virginia State Bar No. 37523 |    Virginia State Bar No. 31696 |
|    CONSUMER LITIGATION ASSOCIATES, P.C. |    TROUTMAN SANDERS LLP |
|    763 J. Clyde Morris Boulevard, Suite 1A |    Troutman Sanders Bldg |
|    Newport News, Virginia 23601 |    1001 Haxall Point |
|    Telephone: 757-930-3660 |    Richmond, VA 23219 |
|    Facsimile: 757-930-3662 |    Telephone: 804-697-5410 |
|    Email: lenbennett@clalegal.com |    Fax: 804-698-5118 |
| |    Email: david.anthony@troutmansanders.com |
|    Michael A. Caddell |    Ronald Irvin Raether, Jr. |
|    Cynthia B. Chapman |    FARUKI IRELAND & COX PLL |
|    Craig C. Marchinado |    500 Courthouse Plaza SW |
|    CADDELL & CHAPMAN |    10 N Ludlow St. |
|    1331 Lamar St., Suite 1070 |    Dayton, OH 45402 |
|    Houston, TX 77010 |    Telephone: 937-227-3733 |
|    Telephone: 713-751-0400 |    Facsimile: 937-227-3717 |
|    Facsimile: 713-751-0906 |    Email: rraether@ficlaw.com |
|    Email: mac@caddellchapman.com | |
|    Email: cbc@caddellchapman.com |    James Francis McCabe |
|    Email: ccm@caddellchapman.com |    MORRISON & FOERSTER LLP |
| |    425 Market Street |
|    James Arthur Francis |    San Francisco, CA 94105-2482 |
|    FRANCIS & MAILMAN PC |    Telephone: 415-268-7011 |
|    Land Title Building |    Facsimile: 415-268-7522 |
|    100 S Broad Street 19th Floor |    Email: jmccabe@mofo.com |
|    Philadelphia, PA 19110 | |
|    Telephone: 215-735-8600 | *Counsel for Defendants* |
|    Facsimile: 215-940-8000 | |
|    Email: jfrancis@consumerlawfirm.com | |

Dale Wood Pittman
Virginia State Bar No. 15673
THE LAW OFFICE OF DALE W.
PITTMAN, P.C.
The Eliza Spotswood House
112-A W Tabb St.
Petersburg, VA 23803-3212
Telephone: 804-861-6000
Facsimile: 804-861-3368
Email: dale@pittmanlawoffice.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of October, 2013, I electronically filed the foregoing Joint Motion to Correct Misrepresentations of Attorney Ryan Thompson and Watts Guerra, L.L.P. with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participants.

/s/Leonard A. Bennett
Leonard A. Bennett
Virginia State Bar No. 37523
*Counsel for Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com

21407263v1