UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GREGORY THOMAS BERRY, et al.,

                    Plaintiff,

v.

LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC., et al.,

                    Defendant.

Civil Action No. 3:11–CV–754

## **ORDER**

THIS MATTER is before the Court on the parties' Joint Motion to Correct Misrepresentations of the Watts Guerra, L.L.P. Objector Group ("Motion") (ECF No. 82). The parties request that Attorney Ryan Thompson ("Thompson"), who is Of Counsel in this action representing Interested Party Megan Christina Aaron, *et al.*, and Watts Guerra, LLP ("Watts Guerra"), cease use of certain advertisements and communications.

Upon due consideration and in the interest of justice, the Motion is hereby GRANTED. Thompson and Watts Guerra are HEREBY DIRECTED as follows:

1. Thompson, of the law firm Watts Guerra, and Watts Guerra, individually and collectively, shall:

    a. take down any pages concerning, relating to, or describing the proposed settlement of *Berry* et al. *v. LexisNexis Risk & Information Analytics Group, Incorporated,* et al. ("Proposed Settlement"), currently appearing at http://bringaclaim.com, or any other website owned or controlled by Thompson or Watts Guerra;

    b. take down any videos available online or otherwise concerning, relating to, or describing the Proposed Settlement owned or controlled by Thompson or Watts Guerra; and

    c. cease any and all advertising campaigns or other communications concerning, related to, or describing the Proposed Settlement whether on television, the radio, or other media without first complying with the provisions required by the following paragraph (2).

2. Thompson and Watts Guerra shall meet and confer with Class Counsel prior to their disclosure or use of any materials intended to replace the material described in foregoing paragraphs (1)(a) through (1)(c). To the extent that Class Counsel believes such new material continues to contain misrepresentations or omissions and Thompson or Watts Guerra refuses to correct those misrepresentations or omissions, Class Counsel, Thompson, and Watts Guerra should report those disagreements to the Court for further guidance prior to use or disclosure of those new materials.

3. Thompson and Watts Guerra, individually and collectively, shall cause any third-parties owned, managed, or controlled by them to comply with this Order.

4. Thompson and Watts Guerra shall file a certification with the Court that they have complied with the above within five (5) days of the issuance of this Order.

5. Thompson and Watts Guerra shall be solely responsible for all costs associated with compliance with the Order.

    Let the Clerk send a copy of this Order to Ryan Thompson, Watts Guerra LLP, 5250 Prue Road, Suite 525, San Antonio, Texas 78240, and to all counsel of record.

    It is SO ORDERED.

_____/s/_____
James R. Spencer
United States District Judge

ENTERED this __22nd____ day of October 2013.

2