**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| GREGORY THOMAS BERRY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:11-cv-754-JRS |
| ) | |
| v. ) | |
| ) | |
| LEXISNEXIS RISK & INFORMATION ) | |
| ANALYTICS GROUP, INC., et. al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR RECONSIDERATION AND EXPEDITED BRIEFING AND HEARING**

Watts Guerra LLP respectfully files this Motion for Reconsideration and Expedited Briefing and Hearing in response to the Parties' Joint Motion to Correct so-called "misrepresentations" made by attorney Ryan Thompson and his firm, Watts Guerra LLP (together, "Watts Guerra") (Docs. 82 and 83) and the Court's subsequent Order regarding the same (the "Take-Down Order") (Doc. 84).

The accompanying Memorandum in Support sets for the reasons supporting this Motion.

WHEREFORE, Watts Guerra, LLP, by counsel, respectfully requests that the Court: (1) set an expedited briefing and hearing schedule on this issue, as set forth in the accompanying Memorandum and Proposed Order; and (2) reconsider and vacate the Take-Down Order.

Dated: October 24, 2013　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Charles B. Molster, III
　　　　　　　　　　　　　　　　　　　　　Va. Bar No. 23613
　　　　　　　　　　　　　　　　　　　　　Attorney for Megan Christina Aaron, *et al.*
　　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　　　1700 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006

(202) 282-5000 (phone)
(202) 282-5100 (fax)
cmolster@winston.com

OF COUNSEL:

Kimball R. Anderson
William P. Ferranti
Karl A. Leonard
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (phone)
(312) 558-5700 (fax)
bferranti@winston.com

Ryan Thompson
WATTS GUERRA LLP
5250 Prue Road, Suite 525
San Antonio, Texas 78240
(210) 448-0500 (phone)
(210) 448-0501 (fax)
rthompson@wattsguerra.com

CHI:2785874.3

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2013, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to CM/ECF participants, and that I caused the foregoing document to be sent by first class mail to the following non-CM/ECF participants:

Adam E. Schulman
Center for Class Action Fairness
1718 M. Street NW #236
Washington, DC 20036

David Brown
1717 Market Street
Tacoma, WA 98402

Jeanne Giles
260 Gooseberry Drive
Reno, NV 89523

            /s/
          Charles B. Molster, III
          Va. Bar No. 23613
          Attorney for Megan Christina Aaron, *et al.*
          WINSTON & STRAWN LLP
          1700 K Street, N.W.
          Washington, DC 20006
          (202) 282-5000 (phone)
          (202) 282-5100 (fax)
          cmolster@winston.com

CHI:2785874.3