**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| GREGORY THOMAS BERRY, et al., )<br>)<br>    Plaintiffs, )<br>) <br>v. )<br>)<br>LEXISNEXIS RISK & INFORMATION )<br>ANALYTICS GROUP, INC., et. al., )<br>)<br>    Defendants. ) | Case No. 3:11-cv-754-JRS |

**[PROPOSED] ORDER VACATING DOC. 84, GRANTING RECONSIDERATION OF
DOC. 84, AND SETTING EXPEDITED BRIEFING SCHEDULE**

THIS MATTER is before the Court on the Motion for Reconsideration and Expedited Briefing and Hearing filed by Watts Guerra, LLP.

Upon due consideration and in the interest of justice, the Motion is hereby GRANTED.

It is, therefore, ORDERED AND DECREED as follows:

1. The Court's Order of October 23, 2013 (Doc. 84) is hereby vacated;

2. The Court will reconsider the issues raised in the "Joint Motion to Correct Misrepresentations of the Watts Guerra, L.L.P. Objector Group" (Docs. 82 and 83) and sets forth the following briefing schedule:

    a. The Parties' response to Watts Guerra LLP's Motion, if any, is due within four (4) days of entry of this Order;

    b. Watts Guerra's reply, if any, is due two (2) days thereafter.

3. The Court will set a hearing on this issue on an expedited basis.

1

2

IT IS SO ORDERED

DATED: _____                    _____
                                            THE HONORABLE JAMES R. SPENCER
                                            UNITED STATES DISTRICT JUDGE

2

CHI:2785890.3