UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



GREGORY THOMAS BERRY et al.,

Plaintiffs,

v.

Action No. 3:11-CV-754

LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC. et al.,

Defendants.

## ORDER

THIS MATTER is before the Court on a Motion for Reconsideration and Expedited Briefing and Hearing (ECF No. 85) filed by Counsel for Megan Christina Aaron *et al.*, objectors to the proposed settlement agreement in this matter, on behalf of Attorney Ryan Thompson and the Watts Guerra law firm. Upon due consideration, it is hereby ORDERED that Plaintiffs and Defendants may file a responsive brief to Watts Guerra's Motion for Reconsideration and Expedited Briefing and Hearing on or before **Friday, November 1, 2013**. Watts Guerra may file any reply brief on or before **Tuesday, November 5, 2013**.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
United States District Judge

ENTERED this 28th day of October 2013