UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

GREGORY THOMAS BERRY, *et al.*

            Plaintiffs,

                                                                     Civil Action No. 3:11cv754

v.

LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC., *et al.*

            Defendants.

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR
MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT**

Plaintiffs Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey and Timothy Otten, individually and on behalf of all others similarly situated, ("Plaintiffs") respectfully submit this memorandum of law in support of their Motion for Leave to File a Brief in Excess of the Page Limit set forth by this Court.

Plaintiffs seek leave of the Court to file an omnibus Responses to Objections to Class Action Settlement brief collectively responding to the objections to the settlement in this case filed by five Class Members—JoAnn Nix, Adam Schulman, Megan Aaron, Jeanne Giles, and David Brown. These objections consisted of 126 pages cumulatively, including Mr. Schulman's *pro se* brief that alone consisted of fifty-three pages. Plaintiffs' proposed brief responds to these objections in detail, and thoroughly discusses the applicable factual and legal issues that the Court will consider.

Neither Party would suffer any prejudice. Indeed, the Plaintiffs submit this Motion with the consent of the Defendants. Therefore, for good cause shown, Plaintiffs respectfully request

that the Court enter an order permitting them to file an omnibus brief not exceeding seventy-five pages in response to the 126 pages of briefing submitted by the various objectors.

Respectfully submitted,
**PLAINTIFFS**

_____/s/_____
Matthew J. Erausquin, VSB No. 65434
Janelle Mason Mikac, VSB No. 82389
CONSUMER LITIGATION
ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7770
Fax: (888) 892-3512
matt@clalegal.com
janelle@clalegal.com

Leonard A. Bennett, VSB No. 37523
Susan M. Rotkis, VSB No. 40693
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com
srotkis@clalegal.com

Michael A. Caddell, *pro hac vice*
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010

James A. Francis, *pro hac vice*
FRANCIS & MAILMAN
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Dale W. Pittman, VSB No. 15673
THE LAW OFFICE OF DALE W.

PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
Tel: (804) 861-6000
Fax: (804) 861-3368
dale@pittmanlawoffice.com

*Counsel for Plaintiffs Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey and Timothy Otten*

CERTIFICATE OF SERVICE

       I hereby certify that on the 21st day of November, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David N. Anthony
*Counsel for the Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Tel:    804-697-5410
Fax:   804-698-5118
david.anthony@troutmansanders.com

James F. McCabe
*Counsel for the Defendants*
MORRISON & FOERSTER LLP
426 Market Street
San Francisco, CA 94105-2482
Tel:    415-268-7011
Fax:   415-268-7522
jmccabe@mofo.com

Ronald I. Raether, Jr.
*Counsel for the Defendants*
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Tel:    937-227-3733
Fax:   937-227-3717
rraether@ficlaw.com

Kimball Richard Anderson
William Paul Ferranti
*Attorneys for Megan Christina Aaron*
Winston & Strawn LLP (IL-NA)
35 W Wacker Dr
Chicago, IL 60601-9703
Tel:    (312) 558-5858
Fax:   (312) 558-5700
kanderson@winston.com
bferranti@winston.com

Samuel Issacharoff
*Attorney for Megan Christina Aaron*
40 Washington Square South
411J
New York, NY 10012
Tel:    (212) 998-6580
Fax:   (212) 995-4590
samuel.issacharoff@nyu.edu

Charles Bennett Molster, III
*Attorney for Megan Christina Aaron*
Winston & Strawn LLP
1700 K St NW
Washington, DC 20006
(202) 282-5000
cmolster@winston.com

                                    /s/
                      Matthew J. Erausquin, VSB No. 65434
                      CONSUMER LITIGATION ASSOCIATES, P.C.
                      1800 Diagonal Road, Suite 600
                      Alexandria, VA 22314
                      Tel:    (703) 273-7770
                      Fax:   (888) 892-3512
                      matt@clalegal.com