IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GREGORY THOMAS BERRY** *et al.*,

      **Plaintiffs,**

v.                                                                                         Civil Action No. 3:11cv754

**LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC.,
SEISINT, INC.,
and
REED ELSEVIER INC.,**

      **Defendants.**

### DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXCEED PAGE LIMITATIONS

      Defendants, LexisNexis Risk & Information Analytics Group, Inc., Seisint, Inc. and Reed Elsevier Inc. (collectively "Defendants"), by counsel, for its Memorandum in Support of Their Motion to Exceed the Page Limit ("Motion") states as follows.

      1.      Although counsel for Defendants has made reasonable efforts to keep their memorandum within the limitations of Local Rule 7(F)(3), counsel were unable to address the extensive facts and arguments at issue without slightly exceeding the page limitations.

      2.      No party will suffer prejudice.

      3.      Good cause exists for the granting of this Motion.

      WHEREFORE, Defendants respectfully request that the Court: (1) grant their Motion to Exceed Page Limitations; (2) permit the filing of a memorandum in support no longer than 38 pages; and (3) award Defendants such further relief as the Court deems appropriate.

**LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., SEISINT, INC., and REED ELSEVIER INC.**

By:  /s/ David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for Defendants*
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

    Ronald Irvin Raether, Jr.
    *Counsel for Defendants*
    FARUKI IRELAND & COX PLL
    500 Courthouse Plaza SW
    10 N Ludlow St.
    Dayton, OH 45402
    Telephone: 937-227-3733
    Facsimile: 937-227-3717
    Email: rraether@ficlaw.com

    James Francis McCabe
    *Counsel for Defendants*
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA 94105-2482
    Telephone: 415-268-7011
    Facsimile: 415-268-7522
    Email: jmccabe@mofo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will then send a notification of such filing (NEF) to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service or by electronic mail the document to the non- CM/ECF participants.

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com
Emails: srotkis@clalegal.com
*Counsel for Plaintiffs*

Michael A. Caddell
Cynthia B. Chapman
Craig C. Marchinado
Caddell & Chapman
1331 Lamar St., Suite 1070
Houston, TX 77010
Telephone: 713-751-0400
Facsimile: 713-751-0906
Email: mac@caddellchapman.com
Email: cbc@caddellchapman.com
Email: ccm@caddellchapman.com
*Counsel for Plaintiffs*

James Arthur Francis
David A. Searles
Erin A. Novak
John Soumilas
Francis & Mailman PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com
Email: enovak@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com
*Counsel for Plaintiffs*

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A W Tabb St.
Petersburg, VA 23803-3212
Telephone: 804-861-6000
Facsimile: 804-861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

| | |
|---|---|
| Janelle Mason Mikac<br>Consumer Litgation Associates PC (Alex)<br>1800 Diagonal Rd., Suite 600<br>Alexandria, VA  22314<br>Telephone: 703-273-7770<br>Facsimile: 888-892-3512<br>Email: janelle@clalegal.com<br>*Counsel for Plaintiffs* | William Paul Ferranti *(Pro Hac Vice)*<br>Winston & Strawn LLP (IL-NA)<br>35 W. Wacker Dr.<br>Chicago, IL  60601-9703<br><br>     Attorneys for Megan Christina Aaron, et al. |
| Jeanne Giles<br>260 Gooseberry Drive<br>Reno, NV  89523<br>*Pro Se* | Charles Bennett Molster, III<br>Winston & Strawn LLP<br>1700 K St. NW<br>Washington, DC  20006 |
| Adam E. Schulman<br>Center for Class Action Fairness<br>1718 M. Street NW #236<br>Washington, DC  20036<br>*Pro Se* | Kimball Richard Anderson *(Pro Hac Vice)*<br>Winston & Strawn LLP (IL-NA)<br>35 W. Wacker Dr.<br>Chicago, IL  60601-9703 |
| David Brown<br>1717 Market Street<br>Tacoma, WA  98402<br>*Pro Se* | Samuel Issacharoff *(Pro Hac Vice)*<br>40 Washington Square South<br>411J<br>New York, NY  10012 |

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone:  (804) 697-5410
Facsimile:  (804) 698-5118
Email: david.anthony@troutmansanders.com

21571049v1