UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| **GREGORY THOMAS BERRY**, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:11CV754 |
| **LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC.**, *et al.*, | § § § § | |
| Defendants. | § § | (Judge James R. Spencer) |

## THE PARTIES' JOINT MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey, and Timothy Otten, individually and on behalf of all others similarly situated, ("Plaintiffs"), and Defendants LexisNexis Risk & Analytics Group, Inc., Seisint, Inc., and Reed Elsevier, Inc. (collectively "Defendants" and collectively the "Parties"), respectfully file this Joint Motion for Final Approval of Class Action Settlement. By this Motion, the Parties request an Order: (1) granting final approval of Settlement on the terms and conditions set forth in the Parties' Settlement Agreement and the Court's Order Granting Preliminary Approval (Dkt. No. 67; (2) finally certifying two classes, for settlement purposes only, pursuant to Fed. R. Civ. P. 23(b)(2) and Fed. R. Civ. P. 23(b)(3); (3) overruling all objections to the Settlement; (4) releasing the Defendants from all claims and dismissing with prejudice all claims of Class Members who did not timely exclude themselves from the Settlement; (5) retaining continuing jurisdiction over the settlement proceedings, to ensure the effectuation thereof in accordance with the Agreement and

Final Approval Order; and (6) granting related orders and findings as are set forth in the Proposed Final Approval Order, to be submitted by the Parties.

The grounds for this Motion are fully set forth in the concurrently filed Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; Defendants' Memorandum in Support of the Parties' Joint Motion for Final Approval of the Proposed Settlement; and Plaintiffs' Responses to Objections to Class Action Settlement.

**November 22, 2013**

Respectfully submitted,

/s/ Leonard A. Bennett
Leonard A. Bennett
**CONSUMER LITIGATION ASSOCIATES, P.C.**
Matthew J. Erausquin
763 J Clyde Morris Blvd., Suite 1A
Newport News, VA 23601

Michael A. Caddell
Cynthia B. Chapman
Craig C. Marchiando
**CADDELL & CHAPMAN**
1331 Lamar St.
Suite 1070
Houston, TX 77010

James A. Francis
David Searles
John Soumilas
**FRANCIS & MAILMAN PC**
Land Title Building
100 S. Broad Street, 19th Floor
Philadelphia, PA 19110

Dale W. Pittman
**THE LAW OFFICE OF DALE W. PITTMAN, P.C.**
112-A W. Tabb St.
Petersburg, VA 23803-3212

*Attorneys for Plaintiffs Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey and Timothy Otten*

3

/s/David N. Anthony
David Neal Anthony
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond VA 23219
(804) 697-5410
david.anthony@troutmansanders.com

James Francis McCabe
MORRISON & FOERSTER LLP
425 Market Street
San Francisco CA 94105-2482
(415) 268-7011
jmccabe@mofo.com

Ronald Irvin Raether , Jr.
FARUKI IRELAND & COX PLL
500 Courthouse Plaza SW
10 N Ludlow Street
Dayton OH 45402
(937) 227-3733
rraether@ficlaw.com

***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

I certify that on the 22nd day of November, 2013, I electronically filed the foregoing The Parties' Joint Motion for Final Approval of the Proposed Settlement with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service or electronic mail the document to the non-CM/ECF participants:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA  23803-3212

Leonard A. Bennett
Matthew Erausquin
Susan M. Rotkis
Janelle E. Mason
Consumer Litigation Associates P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA  23606

Michael A. Caddell
Cynthia B. Chapman
Craig C. Marchiando
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX  77010

James A. Francis
Mark D. Mailman
John Soumilas
David A. Searles
Erin A. Novak
Francis & Mailman
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

Attorneys for Plaintiffs Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey and Timothy Owen

Jeanne Giles
260 Gooseberry Drive
Reno, NV  89523
*Pro Se*

Adam E. Schulman
Center for Class Action Fairness
1718 M. Street NW #236
Washington, DC  20036
*Pro Se*

Charles Bennett Molster, III
Winston & Strawn LLP
1700 K St. NW
Washington, DC  20006

Kimball Richard Anderson *(Pro Hac Vice)*
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL  60601-9703

Samuel Issacharoff *(Pro Hac Vice)*
40 Washington Square South
411J
New York, NY  10012

William Paul Ferranti *(Pro Hac Vice)*
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL  60601-9703

Attorneys for Megan Christina Aaron, et al.


David Brown
1717 Market Street
Tacoma, WA  98402
*Pro Se*

JoAnn Nix
151 Gaddis Road NW
Cartersville GA 30120-4612

    /s/ David N. Anthony  
David N. Anthony  
David Neal Anthony  
TROUTMAN SANDERS LLP  
Troutman Sanders Bldg  
1001 Haxall Point  
PO Box 1122  
Richmond VA 23219  
(804) 697-5410  
david.anthony@troutmansanders.com

783576.1