# EXHIBIT C

## EXHIBIT C: CADDELL AND CHAPMAN EXPENSES

| Expense Description | Amount |
|---|---:|
| Research Materials | $3,604.63 |
| Reproduction | $4,364.45 |
| Telephone/Facsimile | $224.88 |
| Court Costs | $150.00 |
| Postage | $104.41 |
| Staff Overtime | $189.84 |
| Deliveries | $340.15 |
| Travel-attorney (airfare, hotel, meals, car rental, taxi parking, etc. | $38,498.22 |
| Deposition and Court Reporter Costs | $1,291.65 |
| Outside Professional Services | $73,960.75 |
| Record Storage | $136.15 |
| **TOTAL** | **$122,865.13** |