# EXHIBIT A

EXHIBIT 1  **You Could Receive Benefits from a Class Action Settlement Involving Consumer Reporting**

A Settlement has been reached in a class action lawsuit involving certain reports sold by LexisNexis. You could receive benefits from a $13.5 million Settlement.

**What's this Case About?** LexisNexis did not treat Accurint® reports as "consumer reports" under a federal law, the Fair Credit Reporting Act ("FCRA"). The case concerns whether LexisNexis should have treated those reports as "consumer reports." Plaintiffs claim LexisNexis should have, but LexisNexis disagrees. Both sides agreed to the Settlement.

**Who's Included?** Based on LexisNexis records, you have been identified as a Class Member because (1) you requested a copy of an Accurint® report about you and/or (2) you initiated or submitted a dispute or other inquiry about information in an Accurint® report about you.

**What Does the Settlement Provide?** The Settlement establishes a $13.5 million Settlement Fund for payments to Class Members and for attorneys' fees and costs. The amount of the award received by Settlement Class Members will depend on the number of individuals that remain in the Class. The parties estimate that the award to individual Class Members will be about $300. The proposed Settlement also establishes substantial and comprehensive changes to the searches and reports offered by LexisNexis that will benefit Class Members.

**How to Get a Payment?** You do not have to do anything to request a payment. If the Court approves the Settlement you will automatically receive a payment. If your addresses changes please call 1-866-483-0378 to provide us your updated address.

**Your Other Rights.** If you do nothing, your rights will be affected. If you do not want to be legally bound by the Settlement, you must exclude yourself from the Settlement. The deadline to exclude yourself is **July 12, 2013**. If you do not exclude yourself you will not be able to sue LexisNexis for any claim relating to the lawsuit. If you stay in the Settlement, you may object to it by **July 12, 2013**. The Court will hold a hearing on **October 3, 2013** to consider whether to approve the Settlement and a request for attorneys' fees up to $3.375 million of the Settlement Fund. You can appear at the hearing, but you don't have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing. You must let the Court know by **July 12, 2013** if you intend to do so.

**For more information:**     **1- 866-483-0378**     **www.FileDisputeReportClass.com**

*Court-Ordered Legal Notice*

SETTLEMENT ADMINISTRATOR
PO BOX 2983
Faribault, MN 55021-2983

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Rust Consulting, Inc.

**Important Notice About Accurint® Report Settlement**

*Para una notificacion en Espanol, llamar o visitar nuestro sitio web*

|||||||||||||||||||||||||||||||| - <<SEQ>>
\* B A R C O D E \*

<<NAME1>>
<<NAME2>>
<<ADDRESS1>>
<<ADDRESS2>>
<<CITY>> <<STATE>> <<ZIP>>
<<COUNTRY>>