UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| **GREGORY THOMAS BERRY,** *et al.***,** § | | |
| § | | |
| **Plaintiffs,** § | | |
| § | | |
| v. § | Case No. **3:11CV754** | |
| § | | |
| **LEXISNEXIS RISK & INFORMATION** § | | |
| **ANALYTICS GROUP, INC.,** *et al.***,** § | | |
| § | | |
| **Defendants.** § | (Judge James R. Spencer) | |

## PLAINTIFFS' MOTION FOR
## ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

Plaintiffs Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey, and Timothy Otten, individually and on behalf of all others similarly situated, ("Plaintiffs"), respectfully file this Motion for Attorneys' Fees, Expenses, and Service Awards.  By this Motion, Plaintiffs request an Order: (1) granting $3,333,297.05 in fees and $41,702.95 in expenses, totaling $3,375,000, or 25% of the $13.5 million Rule 23(b)(3) Class common fund, in compensation for the benefit secured for the Rule 23(b)(3) Class; (2) awarding $5,333,188.21 in fees and $166,811.79 in expenses, totaling $5,500,000, in compensation for the benefit secured for the Rule 23(b)(2) Class; and (3) granting each Named Plaintiff $5,000 each for their service as Class Representatives.

The grounds for this Motion are fully set forth in the concurrently filed Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards.

November 22, 2013

                                         Respectfully submitted,

                                              /s/ Leonard A. Bennett
                                        Leonard A. Bennett
                                        Matthew J. Erausquin
                                        **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                        763 J Clyde Morris Blvd., Suite 1A
                                        Newport News VA 23601

                                        Michael A. Caddell
                                        Cynthia B. Chapman
                                        Craig C. Marchiando
                                        **CADDELL & CHAPMAN**
                                        1331 Lamar St., Suite 1070
                                        Houston TX 77010

                                        James A. Francis
                                        David A. Searles
                                        John J. Soumilas
                                        **FRANCIS & MAILMAN PC**
                                        Land Title Building
                                        100 S. Broad Street, 19th Floor
                                        Philadelphia PA 19110

                                        Dale W. Pittman
                                        **THE LAW OFFICE OF DALE W. PITTMAN, P.C.**
                                        112-A W. Tabb St.
                                        Petersburg VA  23803-3212

                                        *Attorneys for Plaintiffs Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey and Timothy Otten*

## CERTIFICATE OF SERVICE

  I certify that on the 22nd day of November, 2013, I electronically filed the foregoing Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I will mail by United States Postal Service the document to the non-CM/ECF participants:

| | |
|---|---|
| James Francis McCabe<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco CA 94105-2482<br>(415) 268-7011<br>jmccabe@mofo.com | Charles B. Molster, III<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington DC 20006<br>(202) 282-5000 (phone)<br>(202) 282-5100 (fax)<br>cmolster@winston.com |
| Ronald Irvin Raether , Jr.<br>FARUKI IRELAND & COX PLL<br>500 Courthouse Plaza SW<br>10 N Ludlow Street<br>Dayton OH 45402<br>(937) 227-3733<br>rraether@ficlaw.com | *Attorney for Objector, Megan Christina Aaron, et al.* |
| David Neal Anthony<br>TROUTMAN SANDERS LLP<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>PO Box 1122<br>Richmond VA 23219<br>(804) 697-5410<br>david.anthony@troutmansanders.com | |
| *Attorneys for Defendants* | |

I further certify that on November 25, 2013, I caused the Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards to be mailed by United States First Class Mail to the following individuals:

Adam E. Schulman
Center for Class Action Fairness
1718 M. Street NW #236
Washington DC 20036

David Brown
1717 Market Street
Tacoma WA 98402

Jeanne Giles
260 Gooseberry Drive
Reno NV 89523

JoAnn Nix
151 Gaddis Road NW
Cartersville GA 30120-4612

Edward W. Cochran
20030 Marchmont Rd.
Shaker Heights OH 44122

                                                                                /s/ Leonard A. Bennett
                                                                         Leonard A. Bennett