# EXHIBIT 3

3867-ADMIN-000033

# 3867 - Berry v Lexis Nexis ADMIN Cover Sheet

Matter: 3867 - Berry v Lexis Nexis
PO Box: 2983

Note:



PAGEBREAK

July 6, 2013

LexisNexis Settlement Objections
Notice Administrator
P.O. Box 2983
Faribault, MN 55021-2983

JoAnn Nix
151 Gaddis Road NW
Cartersville, Ga 30120-4612
Phone: 770-382-8803 and 770-607-0085

Ref: Gregory Thomas Berry, et al. v. LexisNexis Risk & Information Analytics Group, Inc., No. 3:11CV754 (E.D. Va.);

Dear Sir;

I see no resolution to the problem herein described in the class action settlement-involving consumer reporting as referenced above. The resolution I seek is for LexisNexis to stop giving out incorrect information and refusing to correct their mistake.

I constantly receive harassing calls from debt collectors for a person I have never heard of. That person is Alaine Nix. Attached are records of at least 16 calls going back to 2008. Many more calls were not documented. The collection agency call cycle is about every month since 2008. Lately we simply tell them to remove our number and hang up. As before, they usually remove our number and then another agency calls to begin the cycle again.

I called LexisNexis on April 14, 2011. Spoke with Terrance and was transferred to Will (ID# DIO). Will said he will search records and see what company is linking Alaine Nix to us and they will notify us by mail as to how to contact that company. On May 12, 2011 we received another call from a collection agency. I called Will and reminded him of our conversation on 4-14-2011. He did not have documentation of the call but again said he would find the company name linking Alaine to us and he would send us a resolution letter this time. He gave us a ticket #29815 for future reference.

We gave up on stopping the calls after receiving the attached letter from Accurint. The letter is very confusing and is intended to sound very intimidating legally. However, in the fourth paragraph is where I base my objection. I quote:

**"We do not examine or verify our data, nor is it possible for our computers to correct or change data that is incorrect—Accurint can provide only the data that was provided to us."**

My interpretation is: We can gather anything from anybody and send it to anyone regardless of its accuracy and we are not going to change it even if you have received harassing calls for five years.

The resolution I want is for these above referenced calls to stop. At least two of the calls told us they get their information from LexisNexis. The above excerption from the attached NexisLexis letter dated September 2, 2011 is an admission of providing such data.

I have also attached copies of two (2) court ordered legal notices. One is correct—JoAnn Nix. The other is incorrect—JoAnn Nicks. Incorrect information was provided to you. Please remove JoAnn Nicks from the address of 151 Gaddis Road.

Neither my husband, my lawyer or I will ask to appear at the final approval hearing to talk about our objections. We trust that you will provide the resolution as requested.

Sincerely,

*JoAnn Nix*
JoAnn Nix

*Ronald B. Nix*
Ronald B. Nix

Attacments: Copy of Accurint (LexisNexis) letter dated September 2, 2011 (1 page)
Copies of handwritten notes of collection agency calls (6 pages)
Copy of legal notices (1 page)



LexisNexis® Risk Solutions FL Inc.
Accurint Consumer Inquiry Department
P.O. Box 105610
Atlanta, GA 30348-5610

September 02, 2011

39 1 AB 0.368\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*SCH 3-DIGIT 300

Joann Nix                                              tray 001 peice 39
151 Gaddis Rd NW
Cartersville GA 30120-4612

Ticket #: 29201

Dear Consumer:

We are sending this letter in response to the dispute with the Accurint database. The Accurint database is a compilation of public record data and non-public information using innovative technology to link records about an individual together.

Please be advised that based on the information provided we were unable to locate the data in question.

Kindly be advised that Accurint is **NOT** a Consumer Reporting Agency, and, as such, Accurint is not governed by the Fair Credit Reporting Act (15 U.S.C. § 1681, et seq.). Accurint data is not permitted to be used to grant or deny credit, make employment decisions, or make tenant and housing screening decisions, or any other uses regulated by the Fair Credit Reporting Act. Accurint purchases and resells data collected by outside companies, which cover public records and commercially available data sources, in full compliance with all applicable federal and state privacy laws. We do not examine or verify our data, nor is it possible for our computers to correct or change data that is incorrect – Accurint can provide only the data that was provided to us.

Although Accurint is not a Consumer Reporting Agency, please be reassured that both Accurint, and your personal information contained in Accurint databases, are regulated by the federal government and are subject to the Gramm-Leach-Bliley Act (15 U.S.C. § 6801, et seq.) and the Federal Drivers Privacy Protection Act (18 U.S.C. § 2721, et seq.). These laws regulate who may access private, non-public data and the purposes for which it may be accessed. Accurint fully complies with these and all other applicable federal and state laws.

If you have any further questions, you may contact us via by phone at (866) 491-0873. The Accurint Consumer Inquiry Department's hours of operation are Monday – Friday from 8 AM to 7 PM Eastern Time. To allow us to protect your privacy and deliver prompt service, please have your Reference Number (located below your name and address at the top of this page) accessible when you call our support number.

Thank you for allowing us to assist you.
**Accurint Consumer Inquiry Department**

① 

10/21/08 1. Claudio Pabon
2. ARC
3. 1-866-894-0344
4. Can't disclose
5. Call Recorded

5/6/09 Peter Winston a 0550
Jennifer Destefano 1-800-910-5536 Ext 4460

5/8/09 George Pena - Nelson Watts ABS
Mr. Glavin - Supervisor
Our name will be cleared
from their list

5/8/09 I called Jennifer Dostefanobak
and she assured me our name
was taken off their list

② 

9/10/09 1. Leslie
2. Allied Barstorstate
3. 888-680-2954
4. Alone Dit
5. Yes
I gave my speech and our
# will be removed from
their list immediately.

11/2/09 1. Steven
2. OAR - New York
3. 216-650-2836
4. Alone Dix
gave my speech - our # will
be removed from their list.

③
1/18/10
1. Mr. Pierce
2. Allied Interstate
3. 888-680-2954
4. Above Dix - late fee on Pennyseed
5. Yes
   gave my speech and
   our # will be removed from
   their list immediately

After reviewing my records,
I realized I had a call from
above fax/msg # on 9/10/09 and
was told ## that there was no
fee removed.

I called back immediately and
spoke with Mr. Bidwell - who checked
and assured me Mr. Pierce had
removed my #

1/20/10
I called ??? Antistate, spoke with
Supervisor Kenneth James - # has been removed

④
5/20/10
1. Mr. Laurenski
2. Bainbridge Law Firm
3. 888-282-6561
4. Above Dix
5. Yes
   gave my speech and our
   # will be removed from
   their list

6/14/10
1. Gerald E. Moore (Law Office)
2. Would not tell me
3. 678-385-5340
4. Above Nix

Our # will be removed
I called back - to be issued
our # was removed - left message
requested a ret. call

(5)

11/20/10   2. J M C
3. 877-315-0482
4.

His reply - wrong #,
sorry to bother you.

---

(6)

11/20/10   1. Aubrey
2. Calvary Portfolio Services
3. 602-662-0128

Gave my speech

---

4-11-11   MRM   8:45 PM

Tina — I ask for supv.
Lynn Danby — she is denying
her job & duty by
denying my claim.
She told me 2 may ref
& now call — I filed
& didn't want ono [illegible]
call — she finally [illegible]
[illegible]

(7)

3/3/11 1. Roy
2. RMB, Inc
3. 865-694-1140

4-11-11 Ron answered - documented on previous page

4-14-11 1. Eric Ross
2. Sterling & Seymour
3. 216-630-6631

Gave him my spill —
He was very helpful in giving me name of the software Accurint - whose parent Co is Lexis Nexis - when Alone Nix SS# is searched Ronald Nix pulls up as her brother

(8)

I requested a # and was given 866-272-8402
Terrence took my call — he's Test Support
he gave me Consumer Advocacy Dept
# 866-491-0823 → transferred to
I spoke with Will ID# DIO
He will search their records to see what Co is linking her SS# to us — they will notify us by mail as to how to contact that Co

(9)

5/3/11  1. Eric Ross
2. Williamsvul - NY
3. 716-630-6632

Rep received call - same Co that called last time - different acct # he will delete our # from that acct file too. He will speak to their tech guy and make arrangements so that our # cannot be dialed from their system.

He suggested that we call Consumer Advocacy Dept again and request information regarding the Co who is linking us to her →

(10)

5/3/11 Spoke with Will - reminded him of our conversation on 4/14/11 - he did not pull up documentation of our conversation so he took our mailing into again and will send us a requisition notice asap with the Co name & that is linking her SS# to Ronin N as her brother

If I don't hear something within 2 wks call will back and use this ticket # 29815

ticket # 29815

⑪

If we get more calls asking for Diane Nix refer them to Will - Consumer Advocacy
# 866-491-0873

6/13/11
1. Tina Roace — Joseph Hanna
2. World Wide Reco
3. 714-380-5825

I was referring her call to Will with Consumer Advocacy when she rudely asked me why we didn't change our # When I told her that was not an option - she hung up on me.
I called back and asked for Tina's supervisor - Steve D'Angelo
He assured me he would take our # off his list and also speak with Tina about being so rude. Immediately after hanging up, a call came in to 220-602-0085 but they hung up before I could answer. I called Steve back and left a message to mark that # off his list too

⑫

6/15/11
1. Tina
2. World Wide Reco
3. 714-380-5829

Joseph Hanna - Supervisor

Says he got his info from Lexus-Nexus

**Court-Ordered Legal Notice**
SETTLEMENT ADMINISTRATOR
PO BOX 2983
Faribault, MN 55021-2983

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Rust Consulting, Inc.

Important Notice About Accurint® Report Settlement

*Para una notificacion en Espanol, llamar o visitar nuestro sitio web*


\* 0 0 0 0 2 1 1 7 6 5 \*

CORRECT →
T51/P1 \*\*\*\*AUTO\*\*ALL FOR AADC 303
JOANN NIX
151 GADDIS RD NW
CARTERSVILLE GA 30120-4612

---

**Court-Ordered Legal Notice**
SETTLEMENT ADMINISTRATOR
PO BOX 2983
Faribault, MN 55021-2983

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Rust Consulting, Inc.

Important Notice About Accurint® Report Settlement

*Para una notificacion en Espanol, llamar o visitar nuestro sitio web*


\* 0 0 0 0 2 1 1 2 6 0 \*

Incorrect →
T51/P1 \*\*\*\*AUTO\*\*ALL FOR AADC 303
JOANN NICKS
151 GADDIS RD NW
CARTERSVILLE GA 30120-4612

