# EXHIBIT 4

3867-ADMIN-000045

3867 - Berry v Lexis Nexis ADMIN Cover Sheet

Matter: 3867 - Berry v Lexis Nexis
PO Box: 2983

Note:



PAGEBREAK

8,15,13

Gregory Thomas Berry, et al. v.
Lexis Nexis Risk and Information Analytics
Group, Inc., No. 3:11CV754 (E.D. Va.);

My name is Tonya Jean Perkins
81 Deer lodge Rydal ga. 30171
(770) 387 2873

I object to the Lexis Nexis settlement
I think the settlement is unfair to the
People who are involved and it's unfair that
the attorneys profit from this settlement
while the victims suffer after reading about
the lawsuit I ordered a copy of my credit
report from Lexis Nexis 2 days after receiveing
my report my phone has not stop ringing
Schools, bissinesses, carrer Int. Etc. 20 calls the
first day I had to turn my ringer off
and their were mistakes on my credit report
that need to be corrected this leads me to
beleive Lexis Nexis is still selling peopels Information.
me or my attorney will not be present and
I do not want to be apart of this lawsuit
because I might take one of my own because
if anyone should profit from this lawsuit it
should be me the victim     Tonya Perkins





Please verify that the hospital's payment address is visible in the "mail to" window.

Thank you for your payment.

6314