# EXHIBIT 6

3867-ADMIN-000051

**3867 - Berry v Lexis Nexis ADMIN Cover Sheet**

Matter: 3867 - Berry v Lexis Nexis
PO Box: 2983

Note:



PAGEBREAK

August 23, 2013

LexisNexis Settlement Objections
Settlement Administrator
P. O. Box 2983
Faribault, Mn.   55021-2983

RE: Gregory Thomas Berry, et al. v. LexisNexis Risk & Information Analytics Group, Inc., No. 3:11CV754 (E.D.Va.);

Your Honor:

My name is Shauna Kay McClung,   I reside at 5158 Weatherwood Drive , Middletown, Ohio 45045.  My phone number is 513-267-0943.

I wish to make a statement of objection to this case.

It is my understanding that I have a right to object to this proposed settlement.  I feel that my husband, Donald William McClung, Jr. and I have been damaged by the actions of LexisNexis.

We, like many others, have been hurt by the housing crisis, work slowdown and layoffs.  Our credit is less than prefect but we strive to meet our obligations.

LexisNexis made millions from RESELLING OUR CREDIT REPORTS AND SOCIAL SECURITY NUMBERS.  The proposed settlement only requires them to alter their business practice.  This settlement is a "slap on the hands" for LexisNexis.  They keep their millions while we pay more for the necessities of life.

THIS SETTLEMENT WAS POORLY NEGOTIATED AND THE ONLY WINNERS ARE THE LAWYERS AND LEXIS NEXIS.

Sincerely yours,


Donald McClung, Jr.
Shauna McClung

Donald McClung, Jr.
5158 Weatherwood Rd.
Middletown, Ohio 45042

CINCINNATI OH 450
30 AUG 2013 PM 4 L

Lopez Nejra's Settlement Objection
Settlement Administrator
P.O. Box 2983
Faribault, Mn.
55021-2983

REC'D SEP 03 2013