IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GREGORY THOMAS BERRY** *et al.,*

    **Plaintiffs,**

v.                                                          Civil Action No. 3:11cv754

**LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC.,
SEISINT, INC.,
and
REED ELSEVIER, INC.,**

    **Defendants.**

## DEFENDANTS' MOTION TO EXCEED PAGE LIMITATIONS

Defendants, LexisNexis Risk & Information Analytics Group, Inc., Seisint, Inc. and Reed Elsevier Inc. (collectively "Defendants"), by counsel, hereby move to exceed the page limitations provided in Local Rule 7(F) concerning their Memorandum in Support of the Parties' Joint Motion for Approval of the Proposed Settlement (attached hereto as Exhibit 1) for the reasons set forth in their accompanying memorandum in support.

WHEREFORE, Defendants respectfully request that the Court: (1) grant their Motion to Exceed Page Limitations; (2) permit the filing of a memorandum in support no longer than 38 pages; and (3) award Defendants such further relief as the Court deems appropriate.

**LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC.,
SEISINT, INC.,
and
REED ELSEVIER INC.**

By: ___/s/ David N. Anthony_____
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

Ronald Irvin Raether, Jr.
*Counsel for Defendants*
FARUKI IRELAND & COX PLL
500 Courthouse Plaza SW
10 N Ludlow St.
Dayton, OH 45402
Telephone: 937-227-3733
Facsimile: 937-227-3717
Email: rraether@ficlaw.com

James Francis McCabe
*Counsel for Defendants*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415-268-7011
Facsimile: 415-268-7522
Email: jmccabe@mofo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will then send a notification of such filing (NEF) to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service or by electronic mail the document to the non- CM/ECF participants.

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com
Emails: srotkis@clalegal.com
*Counsel for Plaintiffs*

Michael A. Caddell
Cynthia B. Chapman
Craig C. Marchinado
Caddell & Chapman
1331 Lamar St., Suite 1070
Houston, TX 77010
Telephone: 713-751-0400
Facsimile: 713-751-0906
Email: mac@caddellchapman.com
Email: cbc@caddellchapman.com
Email: ccm@caddellchapman.com
*Counsel for Plaintiffs*

James Arthur Francis
David A. Searles
Erin A. Novak
John Soumilas
Francis & Mailman PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com
Email: enovak@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com
*Counsel for Plaintiffs*

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A W Tabb St.
Petersburg, VA 23803-3212
Telephone: 804-861-6000
Facsimile: 804-861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

3

Janelle Mason Mikac
Consumer Litgation Associates PC (Alex)
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
Telephone: 703-273-7770
Facsimile: 888-892-3512
Email: janelle@clalegal.com
*Counsel for Plaintiffs*
Jeanne Giles
260 Gooseberry Drive
Reno, NV 89523
*Pro Se*

Adam E. Schulman
Center for Class Action Fairness
1718 M. Street NW #236
Washington, DC 20036
*Pro Se*

David Brown
1717 Market Street
Tacoma, WA 98402
*Pro Se*

William Paul Ferranti *(Pro Hac Vice)*
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL 60601-9703

    Attorneys for Megan Christina Aaron, et al.

Charles Bennett Molster, III
Winston & Strawn LLP
1700 K St. NW
Washington, DC 20006

Kimball Richard Anderson *(Pro Hac Vice)*
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL 60601-9703

Samuel Issacharoff *(Pro Hac Vice)*
40 Washington Square South
411J
New York, NY 10012


/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

21570155v1