# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Richmond Division

GREGORY THOMAS BERRY, *et al.*

        Plaintiffs,

v.                                         Civil Action No. 3:11cv754

LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC., *et al.*

        Defendants.

## PLAINTIFFS' CONSENT MOTION TO FILE AMENDED COMPLAINT

COME NOW the Plaintiffs, Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey and Timothy Otten ("Plaintiffs"), individually and on behalf of all others similarly situated and pursuant to Fed. R. Civ. P. 15, they move for leave to file their Amended Complaint (Exhibit "A"). Plaintiffs state that they have conferred with the opposing parties – Defendants – who have consented to the filing of the Amended Complaint.

                                                      Respectfully submitted,
                                                      **PLAINTIFFS**

                                                      _____/s/_____
                                                      Leonard A. Bennett, VSB No. 37523
                                                      Susan M. Rotkis, VSB No. 40693
                                                      CONSUMER LITIGATION
                                                      ASSOCIATES, P.C.
                                                      763 J. Clyde Morris Boulevard, Suite 1-A
                                                      Newport News, Virginia 23601
                                                      Tel:    (757) 930-3660
                                                      Fax:   (757) 930-3662
                                                      lenbennett@clalegal.com
                                                      srotkis@clalegal.com

Matthew J. Erausquin, VSB No. 65434
Janelle Mason Mikac, VSB No. 82389
CONSUMER LITIGATION
ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7770
Fax:    (888) 892-3512
matt@clalegal.com
janelle@clalegal.com

Michael A. Caddell
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX  77010

James A. Francis
FRANCIS & MAILMAN
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

Dale W. Pittman, VSB No. 15673
THE LAW OFFICE OF DALE W.
PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA  23803-3212
Tel: (804) 861-6000
Fax: (804) 861-3368
dale@pittmanlawoffice.com

*Counsel for Plaintiffs Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey and Timothy Otten*

## CERTIFICATE OF SERVICE

I certify that on the 10th day of December, 2013, I electronically filed the foregoing Plaintiffs' Motion to Amend Complaint with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com
Emails: srotkis@clalegal.com
*Counsel for Plaintiffs*

Michael A. Caddell
Cynthia B. Chapman
Craig C. Marchinado
Caddell & Chapman
1331 Lamar St., Suite 1070
Houston, TX 77010
Telephone: 713-751-0400
Facsimile: 713-751-0906
Email: mac@caddellchapman.com
Email: cbc@caddellchapman.com
Email: ccm@caddellchapman.com
*Counsel for Plaintiffs*

James Arthur Francis
David A. Searles
Erin A. Novak
John Soumilas
Francis & Mailman PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com
Email: enovak@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com
*Counsel for Plaintiffs*

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A W Tabb St.
Petersburg, VA 23803-3212
Telephone: 804-861-6000
Facsimile: 804-861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

David Neal Anthony
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
(804) 697-5410
david.anthony@troutmansanders.com
*Counsel for Defendant Reed Elsevier Inc., LexisNexis Risk Solutions FL Inc. and LexisNexis Risk Data Management, Inc.*

Janelle Mason Mikac
Consumer Litgation Associates PC (Alex)
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
Telephone: 703-273-7770
Facsimile: 888-892-3512
Email: janelle@clalegal.com
*Counsel for Plaintiffs*

William Paul Ferranti *(Pro Hac Vice)*
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL 60601-9703
*Attorneys for Megan Christina Aaron, et al.*

Jeanne Giles
260 Gooseberry Drive
Reno, NV 89523
*Pro Se*

Charles Bennett Molster, III
Winston & Strawn LLP
1700 K St. NW
Washington, DC 20006

Adam E. Schulman
Center for Class Action Fairness
1718 M. Street NW #236
Washington, DC 20036
*Pro Se*

Kimball Richard Anderson *(Pro Hac Vice)*
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL 60601-9703

David Brown
1717 Market Street
Tacoma, WA 98402
*Pro Se*

Samuel Issacharoff *(Pro Hac Vice)*
40 Washington Square South
411J
New York, NY 10012

Ronald I. Raether, Jr. (*Pro Hac Vice*)
FARUKI IRELAND & COX. P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: 937.227.3733
Telecopier: 937.227.3717
Email: rraether@ficlaw.com
*Counsel for Defendant Reed Elsevier Inc., LexisNexis Risk Solutions FL Inc. and LexisNexis Risk Data Management, Inc.*

James F. McCabe (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: jmccabe@mofo.com
*Counsel for Defendant Reed Elsevier Inc., LexisNexis Risk Solutions FL Inc. and LexisNexis Risk Data Management, Inc.*

William Paul Ferranti *(Pro Hac Vice)*
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL  60601-9703
*Counsel for Megan Christina Aaron, et al.*

        /s/Leonard A. Bennett
        Leonard A. Bennett
        Virginia State Bar No. 37523
        *Counsel for Plaintiffs*
        CONSUMER LITIGATION ASSOCIATES, P.C.
        763 J. Clyde Morris Boulevard, Suite 1A
        Newport News, Virginia 23601
        Telephone: 757-930-3660
        Facsimile: 757-930-3662
        Email: lenbennett@clalegal.com