UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

GREGORY THOMAS BERRY, *et al.*

        Plaintiffs,

                              Civil Action No. 3:11cv754

v.

LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC., *et al.*

        Defendants.

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF CONSENT MOTION
TO FILE AMENDED COMPLAINT**

COME NOW the Plaintiffs, Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey and Timothy Otten ("Plaintiffs"), individually and on behalf of all others similarly situated and in support of their Motion to Amend Complaint, they state:

The Parties have also moved to allow the filing of Plaintiffs' proposed Amended Complaint.  (Exhibit "A").  By doing so, they focus the allegations on those claims that remain and are now the focus and basis of this action.  Obviously, Plaintiffs also include an explicit statement of the basis for the injunctive relief to be obtained in this case.   The Amended Complaint further removes allegations no longer at issue in the case and corrects the class definitions to conform to the time period addressed in settlement.

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs asks for leave to file the proffered Amended Class Complaint.  Defendants have consented.  No party, and no class member, will be prejudiced by the amendment.   Instead, the amendment simply adapts the existing set of allegations to more clearly state the nature of claims and remedies pursued in the case and now

settled on a class basis.[1]

The present motion is filed out of an abundance of caution, given the asserted objections.

Plaintiffs are confident that the issue in dispute – whether or not the complaint explicitly

identifies each available remedy sought – such as injunctive relief – is immaterial.  Rule 54(c)

states:

> (c) Demand for Judgment; Relief to Be Granted. A default judgment must not
> differ in kind from, or exceed in amount, what is demanded in the pleadings.
> Every other final judgment should grant the relief to which each party is entitled,
> even if the party has not demanded that relief in its pleadings.

Fed. R. Civ. P. 54(c).  Nevertheless and though no change is made to the relief actually pursued

in the case since before filing, "A Rule 15(a) amendment also is appropriate for increasing the

amount of damages sought, or for electing a different remedy than the one originally requested.

Technically, these amendments are not necessary since Rule 54(c) provides that regardless of the

formal demand for relief, "the final judgment should grant the relief to which each party is

entitled …." A party desiring to change the demand for relief may do so under Rule 15(a),

---

[1] There are no prejudicial timing issues.  The rights and interests of the Parties and the Class

> Quite appropriately the courts have not imposed any arbitrary timing restrictions
> on requests for leave to amend and permission has been granted under Rule 15(a)
> at various stages of the litigation. These include: following discovery; after a
> pretrial conference; at a hearing on a motion to dismiss or for summary judgment;
> when the case is on the trial calendar and has been set for a hearing by the district
> court; at the beginning, during, and at the close of trial; after a judgment has been
> entered; and even on remand following an appeal.
>
> The policy of allowing amendments to be made at any time during the litigation is
> sound. It would be unreasonable to restrict a party's ability to amend to a
> particular stage of the action inasmuch as the need to amend may not appear until
> after discovery has been completed or testimony has been taken at trial.

6 Fed. Prac. & Proc. Civ. § 1488 (3d ed.).

however." 6 Fed. Prac. & Proc. Civ. § 1474 (3d ed.).

Plaintiffs' motion is consistent with the procedures followed by class action parties and courts across the nation, including in this District and Division. *See e.g. Beverly v. Wal-Mart Stores, Inc. et al*, 3:07-cv-469 (E.D.V.A. May 1, 2009)(R. Williams)(Exhibit "B").

Respectfully submitted,
**PLAINTIFFS**

_____/s/_____
Leonard A. Bennett, VSB No. 37523
Susan M. Rotkis, VSB No. 40693
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Tel:    (757) 930-3660
Fax:    (757) 930-3662
lenbennett@clalegal.com
srotkis@clalegal.com

Matthew J. Erausquin, VSB No. 65434
Janelle Mason Mikac, VSB No. 82389
CONSUMER LITIGATION
ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7770
Fax:    (888) 892-3512
matt@clalegal.com
janelle@clalegal.com

Michael A. Caddell
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX  77010

James A. Francis
FRANCIS & MAILMAN
Land Title Building, 19th Floor
100 South Broad Street

Philadelphia, PA  19110

Dale W. Pittman, VSB No. 15673
THE LAW OFFICE OF DALE W.
PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA  23803-3212
Tel: (804) 861-6000
Fax: (804) 861-3368
dale@pittmanlawoffice.com

*Counsel for Plaintiffs Gregory Thomas Berry,
Summer Darbonne, Rickey Millen, Shamoon
Saeed, Arthur B. Hernandez, Erika A. Godfrey
and Timothy Otten*

## CERTIFICATE OF SERVICE

I certify that on the 10th day of December, 2013, I electronically filed the foregoing Plaintiffs' Memorandum in Support of Motion to Amend Complaint with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com
Emails: srotkis@clalegal.com
*Counsel for Plaintiffs*

Michael A. Caddell
Cynthia B. Chapman
Craig C. Marchinado
Caddell & Chapman
1331 Lamar St., Suite 1070
Houston, TX 77010
Telephone: 713-751-0400
Facsimile: 713-751-0906
Email: mac@caddellchapman.com
Email: cbc@caddellchapman.com
Email: ccm@caddellchapman.com
*Counsel for Plaintiffs*

James Arthur Francis
David A. Searles
Erin A. Novak
John Soumilas
Francis & Mailman PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com
Email: enovak@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com
*Counsel for Plaintiffs*

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza  Spotswood House
112-A W Tabb St.
Petersburg, VA 23803-3212
Telephone: 804-861-6000
Facsimile: 804-861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

David Neal Anthony
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
(804) 697-5410
david.anthony@troutmansanders.com
*Counsel for Defendant Reed Elsevier Inc.,
LexisNexis Risk Solutions FL Inc. and
LexisNexis Risk Data Management, Inc.*

Janelle Mason Mikac
Consumer Litgation Associates PC (Alex)
1800 Diagonal Rd., Suite 600
Alexandria, VA  22314
Telephone: 703-273-7770
Facsimile: 888-892-3512
Email: janelle@clalegal.com
*Counsel for Plaintiffs*

William Paul Ferranti *(Pro Hac Vice)*
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL  60601-9703
*Attorneys for Megan Christina Aaron, et al.*

Jeanne Giles
260 Gooseberry Drive
Reno, NV  89523
*Pro Se*

Charles Bennett Molster, III
Winston & Strawn LLP
1700 K St. NW
Washington, DC  20006

Adam E. Schulman
Center for Class Action Fairness
1718 M. Street NW #236
Washington, DC  20036
*Pro Se*

Kimball Richard Anderson *(Pro Hac Vice)*
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL  60601-9703

David Brown
1717 Market Street
Tacoma, WA  98402
*Pro Se*

Samuel Issacharoff *(Pro Hac Vice)*
40 Washington Square South
411J
New York, NY  10012

Ronald I. Raether, Jr. (*Pro Hac Vice*)
FARUKI IRELAND & COX. P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  937.227.3733
Telecopier:  937.227.3717
Email:  rraether@ficlaw.com
*Counsel for Defendant Reed Elsevier Inc., LexisNexis Risk Solutions FL Inc. and LexisNexis Risk Data Management, Inc.*

James F. McCabe (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:  415.268.7000
Facsimile:  415.268.7522
Email:  jmccabe@mofo.com
*Counsel for Defendant Reed Elsevier Inc., LexisNexis Risk Solutions FL Inc. and LexisNexis Risk Data Management, Inc.*

William Paul Ferranti *(Pro Hac Vice)*
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL  60601-9703
*Counsel for Megan Christina Aaron, et al.*

                     /s/Leonard A. Bennett
                     Leonard A. Bennett
                     Virginia State Bar No. 37523
                     *Counsel for Plaintiffs*
                     CONSUMER LITIGATION ASSOCIATES, P.C.
                     763 J. Clyde Morris Boulevard, Suite 1A
                     Newport News, Virginia 23601
                     Telephone: 757-930-3660
                     Facsimile: 757-930-3662
                     Email: lenbennett@clalegal.com