# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 12/10/13

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Gregory Thomas Berry, et al. v. LexisNexis Risk Information | CASE NO: 3 11 CV 754 |
| | JUDGE: Spencer |
| | COURT REPORTER: Kull |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: ✓ _____

APPEARANCES: Parties by ( )/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Final Settlement Approval Hear. Plf's adduced evidence, dft's adduced evidence, objectors - Rebuttal - Matter taken under advisement. Plf's Exhibits 1,2,3,4 Retained for the record

Counsel for Plaintiff(s): Leonard Bennett, Dale Pittman, Cynthia Chapman, Michael Caddell, Matthew Erausquin, David Searles, James Francis

Counsel for Defendant(s): David Anthony, James McCabe, Ronald Raether Jr.

SET: 10:00   BEGAN: 10:04   ENDED: 3:54   TIME IN COURT: 4:18

RECESSES: 12:17-12:36
1:09 - 2:17

* Exhibits in brown expandable mani shelf.