**Jeanne Giles**
260 Gooseberry Drive
Reno, Nevada 89523
775.345.6066



December 17, 2013

Leonard Bennett C/O
CONSUMER LITIGATION ASSOCIATES
1800 Diagonal Rd
Alexandria, Virginia 22314

<u>Re: Berry v. Lexis, CV 3:11-00754, Power Point Materials</u>
**DISSEMINATION OF SOCIAL SECURITY NUMBERS**

Dear Sir;

I received your package in the mails along with the enclosed letter, and I am confused. The letter is dated December 12, 2013 and includes materials for a hearing two days earlier, on December 10, 2013. When was the hearing held and what happened?

Perhaps worse, the package of papers you sent to me contained seven forms headed "do+able products", each of which had the <u>name, address and social security number</u> of some person on them. I certainly hope these did not get filed with the court, because that is illegal, (that's what the local federal court clerk told me in any case). In this day of identity theft, such information should not be made public and certainly should not have been sent to me! What do you plan to do to remedy this situation? I look forward to your prompt, written reply and remain....

Yours truly,

Jeanne Giles

GG:glg
cc: Clerk of the Court

# Consumer Litigation Associates, P.C.

ATTORNEYS AND COUNSELORS AT LAW

A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road
Alexandria, Virginia 22314

Leonard A Bennett, Esquire
lenbennett@clalegal.com
(757) 930-3660 Phone
(757) 930-3662 Facsimile

REPLY TO: HAMPTON ROADS OFFICE

December 12, 2013

Fernando Galindo, Clerk
U.S. District Court
701 East Broad Street
Richmond, VA 23219

      RE: Gregory Thomas Berry, et al v. LexisNexis Risk &
      Information Analytics, Group, Inc., et al.
      *Civil Action No: 3:11-cv-00754-JRS*

Dear Sir:

    I have enclosed a complete copy of Plaintiffs' Powerpoint presentation in hard copy and CD as presented to the Court during the Final Fairness Hearing, December 10, 2013. This filing is intended to supplement and/or replace the incomplete version filed in Court as "Exhibit 1".

    I am, by copy of this correspondence and attachment, serving the Defendant and the objectors who have entered an appearance in the case. We will also provide a duplicate copy of this filing directly with Judge Spencer's chambers.

    With best regards, I remain

                                                  Very truly yours,

                                                  Leonard A. Bennett

LAB/dlw
Enclosure: Powerpoint presentation (hard copy & CD)