**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**GREGORY THOMAS BERRY,** *et. al.,*
    **Plaintiffs,**

v.                                                    Civil Action No.  3:11cv-00754-JRS

**LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC.,** *et. al.,*
    **Defendants.**

## ENTRY OF APPEARANCE

COMES NOW Edwin F. Brooks and enters his appearance in the above entitled matter as local counsel for Edward Cochran and the law firm of Bevan and Associates on behalf of Scott Hardway and 7,288 other Objectors to the proposed settlement in this matter who are represented by Mr. Cochran and Bevan and Associates.

    Respectfully submitted,

    /s/
    Edwin F. Brooks
    Attorney at Law
    6 West Broad Street
    Richmond, Virginia 23220
    Telephone:  (804) 648-1448
    Facsimile:  (804) 648-8001
    VSB #33711

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 20th day of January 2014, I electronically filed the foregoing Entry of Appearance as Local Counsel with the Clerk of the United States District Court for the Eastern District of Virginia using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following counsel. I hereby certify that I mailed a true copy of the foregoing by the United Postal Service to the non-CM/ECF participants:

Leonard A. Bennett, VSB No. 3752  
Susan M. Rotkis, VSB No. 40693  
CONSUMER LITIGATION  
ASSOCIATES, P.C.  
763 J. Clyde Morris Boulevard,  
Suite 1-A  
Newport News, VA 23601  
Tel: (757) 930-3660  
Fax: (757) 930-3662  
lenbennett@clalegal.com  
srotkis@clalegal.com  

Michael A. Caddell  
Cynthia Chapman  
J Craig C. Marchinado  
CADDELL & CHAPMAN  
1331 Lamar, Suite 1070  
Houston, TX 77010  
Tel: (713) 751-0400  
Fax: (713) 751-0906  
mac@caddellchapman.com  
cbc@caddellchapman.com  
ccm@caddellchapman.com  
*Counsel for Plaintiffs*

Matthew J. Erausquin, VSB No. 65434  
Janelle Mason Mikac, VSB No. 82389  
CONSUMER LITIGATION  
ASSOCIATES, P.C.  
1800 Diagonal Road, Suite 600  
Alexandria, VA 22314  
Tel: (703) 273-7770  
Fax: (888) 892-3512  
matt@clalegal.com  
Janelle@clalegal.com  

James A. Francis  
Erin A. Novak  
David A. Searles  
John Soumilas  
FRANCIS & MAILMAN  
Land Title Building,  
100 South Broad Street, 19th Floor  
Philadelphia, PA 19110  
Tel: (215) 735-8600  
Fax (215) 940-8000  
jfrancis@consumerlawfirm.com  
dsearles@consumerlawfirm.com  
enovak@consumerlawfirm.com  
jsoumilas@consumerlawfirm.com  
*Counsel for Plaintiffs*

Dale W. Pittman, VSB No. 15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
Tel: (804) 861-6000
Fax: (804) 861-3368
dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

David Neal Anthony
TROUTMAN SANDERS LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
(804) 697-5410
david.anthony@troutmansanders.com
*Counsel for Defendant Reed Elsevier, Inc.,
LexisNexis Risk Solutions FL Inc., and
LexisNexis Risk Data Management, Inc.*

Ronald I Raether, Jr. (*Pro Hac Vice*)
FAKURI IRELAND & COX P.L.L.
500 Courthouse Plaza S.W.
10 North Ludlow Street
Dayton, OH 45402
Tel: (937) 227-3733
Fax: (937) 227-3717
rraether@ficlaw.com
*Counsel for Defendant Reed Slsevier Inc.,
LexisNexis Risk Solutions FL, Inc., and
LexisNexis Data Management, Inc.*

James F. McCabe (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel. (415) 268-7000
Fax (415) 268-7522
*Counsel for Defendant Reed Slsevier Inc.,
LexisNexis Risk Solutions FL, Inc., and
LexisNexis Data Management, Inc.*

William Paul Ferranti (Pro Hac Vice)
Winston & Strawn LLP (IL-NA)
35 W. Wacker Drive
Chicago, IL 60601
*Counsel for Megan Christina Aaron, et.al.*

Charles Bennett Molster, III
Winston & Strawn LLP
1700 K. Street, N.W.
Washington, DC 20006

Kimball Richard Anderson (*Pro Hac Vice*)
Winston & Strawn LLP (IL-NA)
35 W. Wacker Drive
Chicago, IL 60601-9703

Samuel Isaacharoff (*Pro Hac Vice*)
40 Washington Square South, 411J
New York, NY 10012

Jeanne Giles
260 Gooseberry Drive
Reno, NV 89523
*Pro Se*

Adam E. Schulman
Center for Class Action Fairness
1718 M Street NW #236
Washington, DC 20036
*Pro Se*

David Brown
1717 Market Street
Tacoma, WA 98402
*Pro Se*

| | |
|---|---|
| Edward Cochran | Thomas W. Bevan |
| 20030 Marchmont Road | Patrick M. Walsh |
| Shaker Heights, OH 44122 | Bevan & Associates, LPA, Inc. |
| Tel. (216) 751-5546 | Dean Memorial Parkway |
| Fax (216) 751-6630 | Boston Heights, OH 44236 |
| *Counsel for Scott Hardway, et.al.* | Tel. (330) 650-0088 |
| | *Counsel for Scott Hardway, et.al.* |

        /s/
Edwin F. Brooks
Six West Broad Street
Richmond, Virginia 23220
(804) 648-1448 - telephone
(804) 648-8001 – facsimile
brooks@efbrooks.com
VSB # 33711
*Local Counsel for Scott Hardway, et.al.*