**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**GREGORY THOMAS BERRY,** *et. al.,*
    **Plaintiffs,**

v.                                     **Civil Action No.  3:11cv-00754-JRS**

**LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC.,** *et. al.,*
    **Defendants.**

## NOTICE OF FILING

COME NOW Scott Hardway and 7,288 other Objectors, by counsel, and hereby files with the Court a copy of the Objection to the Proposed Settlement in this case, as well as a list of people objecting to the proposed settlement in this matter who are represented by Mr. Edward Cochran and the law firm of Bevan and Associates. The attached Objection has been previously served in accordance with the instructions for objecting to the proposed settlement in this case.

                                                                Respectfully submitted,

                                                                _____/s/_____
                                                                 Edwin F. Brooks
                                                                 Attorney at Law
                                                                 6 West Broad Street
                                                                 Richmond, Virginia 23220
                                                                 Telephone:  (804) 648-1448
                                                                 Facsimile:  (804) 648-8001
                                                                VSB #33711

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 20th day of January 2014, I electronically filed the foregoing Notice of Filing with the Clerk of the United States District Court for the Eastern District of Virginia using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following counsel. I hereby certify that I mailed a true copy of the foregoing by the United Postal Service to the non-CM/ECF participants:

Leonard A. Bennett, VSB No. 3752
Susan M. Rotkis, VSB No. 40693
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard,
Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com
srotkis@clalegal.com

Michael A. Caddell
Cynthia Chapman
J Craig C. Marchinado
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
Tel: (713) 751-0400
Fax: (713) 751-0906
mac@caddellchapman.com
cbc@caddellchapman.com
ccm@caddellchapman.com
*Counsel for Plaintiffs*

Matthew J. Erausquin, VSB No. 65434
Janelle Mason Mikac, VSB No. 82389
CONSUMER LITIGATION
ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7770
Fax: (888) 892-3512
matt@clalegal.com
Janelle@clalegal.com

James A. Francis
Erin A. Novak
David A. Searles
John Soumilas
FRANCIS & MAILMAN
Land Title Building,
100 South Broad Street, 19th Floor
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax (215) 940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com
enovak@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
*Counsel for Plaintiffs*

Dale W. Pittman, VSB No. 15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
Tel: (804) 861-6000
Fax: (804) 861-3368
dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

David Neal Anthony
TROUTMAN SANDERS LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
(804) 697-5410
david.anthony@troutmansanders.com
*Counsel for Defendant Reed Elsevier, Inc., LexisNexis Risk Solutions FL Inc., and LexisNexis Risk Data Management, Inc.*

Ronald I Raether, Jr. (*Pro Hac Vice*)
FAKURI IRELAND & COX P.L.L.
500 Courthouse Plaza S.W.
10 North Ludlow Street
Dayton, OH 45402
Tel: (937) 227-3733
Fax: (937) 227-3717
rraether@ficlaw.com
*Counsel for Defendant Reed Slsevier Inc., LexisNexis Risk Solutions FL, Inc., and LexisNexis Data Management, Inc.*

James F. McCabe (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel. (415) 268-7000
Fax (415) 268-7522
*Counsel for Defendant Reed Slsevier Inc., LexisNexis Risk Solutions FL, Inc., and LexisNexis Data Management, Inc.*

William Paul Ferranti (Pro Hac Vice)
Winston & Strawn LLP (IL-NA)
35 W. Wacker Drive
Chicago, IL 60601
*Counsel for Megan Christina Aaron, et.al.*

Charles Bennett Molster, III
Winston & Strawn LLP
1700 K. Street, N.W.
Washington, DC 20006

Kimball Richard Anderson (*Pro Hac Vice*)
Winston & Strawn LLP (IL-NA)
35 W. Wacker Drive
Chicago, IL 60601-9703

Samuel Isaacharoff (*Pro Hac Vice*)
40 Washington Square South, 411J
New York, NY 10012

Jeanne Giles
260 Gooseberry Drive
Reno, NV 89523
*Pro Se*

Adam E. Schulman
Center for Class Action Fairness
1718 M Street NW #236
Washington, DC 20036
*Pro Se*

David Brown
1717 Market Street
Tacoma, WA 98402
*Pro Se*

| | |
|---|---|
| Edward Cochran | Thomas W. Bevan |
| 20030 Marchmont Road | Patrick M. Walsh |
| Shaker Heights, OH 44122 | Bevan & Associates, LPA, Inc. |
| Tel. (216) 751-5546 | Dean Memorial Parkway |
| Fax (216) 751-6630 | Boston Heights, OH 44236 |
| *Counsel for Scott Hardway, et.al.* | Tel. (330) 650-0088 |
| | *Counsel for Scott Hardway, et.al.* |

        /s/
Edwin F. Brooks
Six West Broad Street
Richmond, Virginia 23220
(804) 648-1448 - telephone
(804) 648-8001 – facsimile
brooks@efbrooks.com
VSB # 33711
*Local Counsel for Scott Hardway, et.al.*