**IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **GREGORY THOMAS BERRY,** *et al.***,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Case No. 3:11CV754** |
| | § | |
| **LEXISNEXIS RISK & INFORMATION** | § | |
| **ANALYTICS GROUP, INC.,** *et al.***,** | § | |
| | § | |
| **Defendants.** | § | **(Judge James R. Spencer)** |

<u>**CERTIFICATE OF SERVICE**</u>

I certify that, pursuant to the Federal Rules of Civil Procedure, true and correct copies of the Supplemental Declaration of Michael A. Caddell in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Costs, and Class Representative Service Awards (Docket #120) were served on all counsel listed below via the United States District Court for the Eastern District of Virginia's CM/ECF electronic-filing system on February 3, 2014:


Mr. David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
david.anthony@troutmansanders.com

Mr. James Francis McCabe
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
jmccabe@mofo.com

Mr. Ronald Irvin Raether , Jr.
Faruki Ireland & Cox PLL
500 Courthouse Plaza SW
10 N Ludlow St
Dayton, OH 45402
rraether@ficlaw.com

**Attorneys for Defendants**

Mr. Charles Bennett Molster, III
Winston & Strawn, LLP
1700 K Street NW
Washington, DC 20006
cmolster@winston.com

Mr. Kimball Richard Anderson
Mr. William Paul Ferranti
Winston & Strawn, LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
kanderson@winston.com
bferranti@winston.com

Mr. Samuel Issacharoff
40 Washington Square South 411J
New York, NY 10012
Samuel.issacharoff@nyu.edu

**Attorneys for Megan Christina Aaron, et al., interested parties**

I further certify that true and correct copies of the Supplemental Declaration of Michael

A. Caddell in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Costs, and Class

Representative Service Awards (Docket #120) were served on all persons listed below via U.S.

First Class Mail on February 4, 2014:

Ms. Jeanne Giles
260 Gooseberry Drive
Reno, NV 89523

Mr. Adam E. Schulman
Center for Class Action Fairness
1718 M. Street NW #236
Washington, DC 20036

Mr. David Brown
1717 Market St.
Tacoma, WA 98402

***Interested Parties <u>pro se</u>***


Mr. Edwin F. Brooks
Attorney At Law
6 W. Broad St.
Richmond, VA 23220

Mr. Edward W.Cochran
20030 Marchmont Road
Shaker Heights, OH 44122

Mr. Thomas W. Bevan
Mr. Patrick M. Walsh
Bevan & Associates, LPA, Inc.
Dean Memorial Parkway
Boston Heights, OH 44236

***Attorney for objector Scott Hardway, et al.***


<u>    /s/ Leonard A. Bennett      </u>
Leonard A. Bennett