**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

**GREGORY THOMAS BERRY,** *et al.*,

    **Plaintiffs,**

v.                                               Civil Action No. 3:11CV754

**LEXISNEXIS RISK & INFORMATION**
**ANALYTICS GROUP, INC.,** *et al.*,

    **Defendants.**

**NOTICE OF INTENT TO REQUEST REDACTION OF FINAL**
**FAIRNESS HEARING TRANSCRIPT BY LEXISNEXIS**
**RISK & INFORMATION ANALYTICS GROUP, INC.**

Pursuant to the Court's February 7, 2014 Text Order and the Parties Stipulated Protective Order (Doc. 47), LexisNexis Risk & Information Analytics Group, Inc. ("LexisNexis"), by counsel, hereby provides notice that it intends to request redactions to the December 10, 2013 Final Fairness Hearing Transcript (Doc. 122).

LexisNexis specifically asks the Court to redact the following parts of the Final Fairness Hearing Transcript, with the beginning and end of each excerpt designated by a page and line reference. LexisNexis reserves the right to withdraw some or all of its requested redactions.

| **From:** | **To:** |
|---|---|
| P. 13, L. 1 | P. 14, L. 23. |

This portion of the transcript contains information that the Court has previously allowed LexisNexis to keep confidential in these proceedings. In early March 2013, LexisNexis asked for leave to file under seal sensitive documents containing proprietary information regarding the amount of time, money, and other resources that it will have to expend to develop the suite of

products and services outlined in detail in the Settlement Agreement (Doc. 56).  On March 14, 2013, the Court granted the motion and allowed LexisNexis to file the documents under seal (Doc. 58).  The excerpt cited above contains the same proprietary information as those documents.  For the reasons stated in LexisNexis's motion to file the prior documents under seal (Doc. 56), and the Court's memorandum order granting that motion (Doc. 58), the Court should redact the portions of the transcript cited above.

Respectfully submitted,

/s/ David N. Anthony
David N. Anthony (Bar No. 31696)
TROUTMAN & SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone:  804.697.5410
Facsimile:  804.698.5118
Email:  david.anthony@troutmansanders.com

Ronald I. Raether, Jr. (Pro Hac Vice)
FARUKI IRELAND & COX. P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  937.227.3733
Facsimile:  937.227.3717
Email:  rraether@ficlaw.com

James F. McCabe (Pro Hac Vice)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:  415.268.7000
Facsimile:  415.268.7522
Email:  jmccabe@mofo.com

*Attorneys for Defendant Reed Elsevier Inc.,
LexisNexis Risk Solutions FL Inc. and
LexisNexis Risk Data Management, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on the 12th day of March, 2014, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

> Dale W. Pittman
> THE LAW OFFICE OF DALE W. PITTMAN, P.C.
> 112-A West Tabb Street
> Petersburg, VA  23803-3212
>
> Leonard A. Bennett
> Matthew Erausquin
> Susan M. Rotkis
> Janelle E. Mason
> CONSUMER LITIGATION ASSOCIATES P.C.
> 12515 Warwick Boulevard, Suite 100
> Newport News, VA  23606
>
> Michael A. Caddell
> Cynthia B. Chapman
> Craig C. Marchiando
> CADDELL & CHAPMAN
> 1331 Lamar, Suite 1070
> Houston, TX  77010
>
> James A. Francis
> Mark D. Mailman
> John Soumilas
> David A. Searles
> Erin A. Novak
> FRANCIS & MAILMAN
> Land Title Building, 19th Floor
> 100 South Broad Street
> Philadelphia, PA  19110

>> /s/ David N. Anthony_____
>> David N. Anthony
>> TROUTMAN & SANDERS LLP
>> 1001 Haxall Point
>> Richmond, VA 23219
>> Telephone:  804.697.5410
>> Facsimile:  804.698.5118
>> Email:  david.anthony@troutmansanders.com