UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

F I L E D

MAR 2 1 2014

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

GREGORY THOMAS BERRY, et al.,           :
                              Plaintiffs,    :
v.                                       :
                                         :
                                         :
LEXISNEXIS RISK & INFORMATION            :     11-cv-00754
ANALYTICS GROUP, INC., et al.,           :
                              Defendants  :

## MOTION OF VICKI PIONTEK FOR LEAVE TO FILE OBJECTION TO PROPOSED RULE 23(B)(2) CLASS ACTION SETTLEMENT

And Now comes Vicki Piontek, pro se, and files this Motion for Leave to file Objection to Proposed Rule23(B)(2) Class, and in support thereof states as follows.

1.   In July of 2013 I decided to opt out of the FRCP 23(B)(3) class within the opt out deadline. See attached letter and certified mail card.

2.   LexisNexis (a brand name used to describe all defendants in this litigation) has engaged in an active cover up to deny that it is a CRA, while at the same time CURRENTLY marketing Accurint reports for employment screening and consumer debt collection. Lexis Nexis has not modified their practices since the Berry settlement. Their actions are a clear misrepresentation in an effort to gain a tactical advantage and to re-define the definition of a CRA. See Objection to the Rule 23(B)(2) class which I have filed incorporated by reference.

3.   Because of the active cover-up and misrepresentation made by LexisNexis, there is good cause for further investigation into the matter. The Court should consider new evidence including but not limited to emails from LexisNexis sale representatives and LexisNexis advertising materials. This evidence may not have been considered in the previous hearings.

4.   The Court should also consider the fact that in July, 2013, I did file an opt out letter which was an attempt to object, and therefore this objection should relate back to that date.

Wherefore, I request leave from this Honorable Court to file this objection.

Vicki Piontek                    3/20/2014

Vicki Piontek  (pro se)              Date
951 Allentown Road, Lansdale, PA  19446
215-290-6444       vicki.piontek@gmail.com
vicki.piontek@gmail.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GREGORY THOMAS BERRY, et al.,

                        Plaintiffs,  :

v.

LEXISNEXIS RISK & INFORMATION    :   11-cv-00754
ANALYTICS GROUP, INC., et al.,

                    Defendants  :

## CERTIFICATE OF SERVICE

I served a true and correct copy of the attached MOTION OF VICKI PIONTEK FOR LEAVE TO FILE OBJECTION TO PROPOSED RULE 23(B)(2) CLASS ACTION SETTLEMENT on the parties listed on the attached service. Service was by First Class U.S. mail, postage pre-paid.

_Vicki Piontek_      _3/20/2014_

Vicki Piontek         Date of Service
Pro Se
951 Allentown Road
Lansdale, PA  19446
215-290-6444
vicki.piontek@gmail.com

# SERVICE LIST

LexisNexis Settlement Objections
P.O. Box 2983
Faribault, MN 55021-2983

The Law Office of Dale W. Pittman, P.C.
Dale Wood Pittman, Esquire
112-A W Tabb St
Petersburg, VA 23803-3212

Francis & Mailman PC
David A Searles, Esquire
Erin Amanda Novak, Esquire
James Arthur Francis, Esquire
John Soumilas, Esquire
100 S Broad Street 19th Floor
Philadelphia, PA 19110

Consumer Litigation Associates
Leonard Anthony Bennett, Esquire
Susan Mary Rotkis, Esquire
Janelle Mason Mikac, Esquire
Matthew James Erausquin, Esquire
763 J Clyde Morris Boulevard., Suite 1A
Newport News, VA 23601

Caddell & Chapman
Craig Carley Marchiando, Esquire
Cynthia Bodendieck Chapman, Esquire
Michael Allen Caddell, Esquire
1331 Lamar St., Suite 1070
Houston, TX 77010

Troutman Sanders LLP
David Neal Anthony, Esquire
1001 Haxall Point
PO Box 1122
Richmond, VA 23219

James Francis McCabe, Esquire
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Faruki Ireland & Cox PLL
Ronald Irvin Raether , Jr.
500 Courthouse Plaza SW
10 N Ludlow St
Dayton, OH 45402

Jeanne Giles
260 Gooseberry Drive
Reno, NV 89523
Adam E. Schulman

Center for Class Action Fairness
1718 M. Street NW #236
Washington, DC 20036

Winston & Strawn LLP
Kimball Richard Anderson, Esquire
Charles Bennett Molster , III, Esquire
William Paul Ferranti, Esquire
1700 K St NW
Washington, DC 20006

Samuel Issacharoff
40 Washington Square South 411J
New York, NY 10012

David Brown
1717 Market Street
Tacoma, WA 98402

Federal Courthouse
Clerk's Office
701 East Broad Street
Richmond, VA 23219

Federal Courthouse
The Honorable James R. Spencer
701 East Broad Street
Richmond, VA 23219