Vicki Piontek, Esquire

**PIONTEK LAW OFFICE**
**951 ALLENTOWN ROAD**
**LANSDALE, PA 19446**
Telephone: (877) 737-8617

Phone: (877) 737-8617
Fax: 866-408-6735
Email: palaw@justice.com

July 2, 2013

LexisNexis Settlement Exclusions
Notice Administrator
P.O. Box 2983
Fanbault MN 55021

RE: **Gregory Thomas Berry, et al. v. Lexis Nexis Risk & Infomation Analytics Group Inc.    No. 3 11CV 754 (ED, VA)**

To Whom it May Concern:

Please be advised that I represent certain individuals who would like to opt out of the class in the Berry, et al. v. Lexis Nexis Risk & Infomation Analytics Group Inc. case referenced above.

The names and addresses for these individuals is on the attached spread sheet.

If you have any questions, comments or concerns, you may call me. Thank you.

Sincerely,

Vicki Piontek

Vicki Piontek, Esquire
Attorney at Law



Piontek   Vicki      951 Allentown Road      Lansdale, PA  19446

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>[postmark: JUL 15 2013] |
| 1. Article Addressed to:<br><br>Lexis Nexis Settlement<br>Exclusions<br>Notice Administrator<br>P.O. Box 2983<br>Fanbault, MN 55021 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED BY<br>RUST CO<br>KELLY PHILLIPS |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7011 3500 0001 2441 9796 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |