

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GREGORY THOMAS BERRY, et al., :
                      Plaintiffs, :

v. :
                                            :

LEXISNEXIS RISK & INFORMATION :    11-cv-00754
ANALYTICS GROUP, INC., et al., :
                      Defendants :

## ORDER

AND NOW, this _____ day of _____, 20_____, upon consideration of the MOTION OF VICKI PIONTEK FOR LEAVE TO FILE OBJECTION TO PROPOSED RULE 23(B)(2) CLASS ACTION SETTLEMENT, the same shall be GRANTED. Vicki Piontek is granted leave to file the MOTION OF VICKI PIONTEK FOR LEAVE TO FILE OBJECTION TO PROPOSED RULE 23(B)(2) CLASS ACTION SETTLEMENT.

                                                              _____
                                                                  The Court