

LexisNexis® Risk Solutions FL Inc.
Accurint Consumer Inquiry Department
P.O. Box 105610
Atlanta, GA 30348-5610

May 15, 2013

85 2 MB 0.405**************AUTO**MIXED AADC 300
|III|··|I|I|·|II|·¹|··|I··|I|··||··|I··|I|I¹·|I|II¹I|··¹|I¹I|··¹|||II|I|
Vicki Piontek                              tray 002 peice 85
951 Allentown Rd
Lansdale PA 19446-5207


Reference #: 45923

Dear Consumer:

We are sending this letter in response to the request you made for your Accurint Person Report. This Person Report is a compilation of public record data and non-public information using innovative technology to link records about an individual together. We have enclosed a copy of your Person Report as it exists today. This report may not contain every piece of personally identifiable information we have in our databases relating to you. Please review each section carefully and contact LexisNexis if you have any questions concerning this information.

Kindly be advised that Accurint is **NOT** a Consumer Reporting Agency, and, as such, Accurint is not governed by the Fair Credit Reporting Act (15 U.S.C. § 1681, et seq.). Accurint data is not permitted to be used to grant or deny credit, make employment decisions, or make tenant and housing screening decisions, or any other uses regulated by the Fair Credit Reporting Act. Accurint purchases and resells data collected by outside companies, which cover public records and commercially available data sources, in full compliance with all applicable federal and state privacy laws. We do not examine or verify our data, nor is it possible for our computers to correct or change data that is incorrect – Accurint can provide only the data that was provided to us.

Although Accurint is not a Consumer Reporting Agency, please be reassured that both Accurint, and your personal information contained in Accurint databases, are regulated by the federal government and are subject to the Gramm-Leach-Bliley Act (15 U.S.C. § 6801, et seq.) and the Federal Drivers Privacy Protection Act (18 U.S.C. § 2721, et seq.). These laws regulate who may access private, non-public data and the purposes for which it may be accessed. Accurint fully complies with these and all other applicable federal and state laws.

If you have any further questions, you may contact us by phone at (866) 491-0873. The Accurint Consumer Inquiry Department's hours of operation are Monday – Friday from 8 AM to 7 PM Eastern Time. To allow us to protect your privacy and deliver prompt service, please have your Reference Number (located below your name and address at the top of this page) accessible when you call our support number.

Thank you for allowing us to assist you.
*Accurint Consumer Inquiry Department*


Page 1

CD255-04-10d

EXHIBIT A-1



**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Use in the Normal Course of Business
**Your GLBA Permissible Use:** Transactions Authorized by Consumer

**Comprehensive Report**
Date: 05/15/13
Reference Code: ▓▓▓

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✓ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name: VICKI ANN PIONTEK
Date of Birth: ▓▓▓
Age: ▓
LexID: ▓▓▓
SSN: ▓▓▓-xxxx issued in California between 1/1/1987 and 12/31/1988

**AKAs**
**(Names Associated with Subject)**
VICKI A PIONTEK
  Age: ▓ SSN: ▓▓▓-xxxx
VICKI PIONTEK
  Age: ▓ SSN: ▓▓▓-xxxx
VICKI A PIMTEK
  Age: ▓ SSN: ▓▓▓-xxxx
VICKI A PIONTCK
  Age: ▓ SSN: ▓▓▓-xxxx
VICKI A KOCH
  Age: ▓ SSN: ▓▓▓-xxxx
VICKI ANN PIONTIK
  Age: ▓ SSN: ▓▓▓-xxxx
VICKIE D PIONTEK
  Age: ▓ SSN: ▓▓▓-xxxx
V PIONTEK
  Age: ▓ SSN: ▓▓▓-xxxx
VICKI PIONTEK
  Age: ▓ SSN: ▓▓▓-xxxx
VICKI A PIONTCK
  Age: ▓ SSN: ▓▓▓-xxxx

**Indicators**
Bankruptcy: ▓
Property: ▓
Corporate Affiliations: ▓

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
[None Found]

**Comprehensive Report Summary:**
Bankruptcies:
▮▮▮▮▮▮▮▮

Phones Plus:
  13 Found
People at Work:
  8 Found
Address(es) Found:
  0 Verified and 17 Non-Verified Found
Watercraft:
  None Found
Possible Associates:
  5 Found

**Address Summary:**

951 ALLENTOWN RD, LANSDALE PA 19446-5207, MONTGOMERY COUNTY (Dec 2004 - Apr 2013)
▮▮▮▮▮▮▮ HARMANS MD 21077-1543, ANNE ARUNDEL COUNTY (Dec 2010 - Jan 2013)
▮▮▮▮▮▮▮ PHILADELPHIA PA 19107-3607, PHILADELPHIA COUNTY (Jan 2012 - Jul 2012)
▮▮▮▮▮▮▮ LE PA 17821-1916, MONTOUR COUNTY (Mar 2000 - Jan 2012)
▮▮▮▮▮▮▮ HERSHEY PA 17033-1722, DAUPHIN COUNTY (Apr 2004 - Nov 2011)
▮▮▮▮▮▮▮ FORT BELVOIR VA 22060, FAIRFAX COUNTY (Sep 2007 - Apr 2011)
▮▮▮▮▮▮▮ SANTA BARBARA CA 93103-2165, SANTA BARBARA COUNTY (Dec 1995 - Dec 2010)
FORT BELVOIR VA, FORT BELVOIR VA 22060, FAIRFAX COUNTY (May 2008)
▮▮▮▮▮▮▮ FORT BELVOIR VA 22060-0413, FAIRFAX COUNTY (Sep 2007 - Feb 2008)
HERSHEY PA, HARRISBURG PA 17033 (Jun 2004)
▮▮▮▮▮▮▮ MECHANICSBURG PA 17055-6251, CUMBERLAND COUNTY (Jan 2003 - May 2004)
▮▮▮▮▮▮▮ CUMBERLAND COUNTY (Jan 2003 - Jul 2003)
▮▮▮▮▮▮▮ PA 17821-2153, MONTOUR COUNTY (Oct 1998 - Apr 2001)
▮▮▮▮▮▮▮ VA 23464-4028, VIRGINIA BEACH COUNTY (Aug 1994 - Feb 2000)
▮▮▮▮▮▮▮ WI 54227-9755, MANITOWOC COUNTY (Sep 1997 - Jan 1999)
DANVILLE PA 17821-2153, MONTOUR COUNTY (Nov 1998)
▮▮▮ 17821-8470, MONTOUR COUNTY (Jul 1998)

**Bankruptcies:**
▮▮▮▮▮▮▮

**Phones Plus(s):**
  **Phones Plus 1**
  Name: PIONTEK, VICKI
  Address: ▮▮▮▮▮▮▮ FORT BELVOIR VA 22060-0413
  Phone Number: ▮▮▮▮▮▮▮ EDT
  Phone Type: Mobile
  Carrier: NEW CINGULAR WRL DC - (AMBLER, PA)

  **Phones Plus 2**
  Name: PIONTEK, VICKI

CD255-04-10d

EXHIBIT A-3

**Neighborhood Profile (2010 Census)**
Average Age: 40
Median Household Income: $84,590
Median Owner Occupied Home Value: $267,004
Average Years of Education: 14

███████████ MARIBEL WI 54227-9755, MANITOWOC COUNTY (Sep 1997 - Jan 1999)
**Name Associated with Address:**
VICKI A KOCH
**Current Residents at Address:**
███████████████████
920█████████████████████████

**Neighborhood Profile (2010 Census)**
Average Age: 41
Median Household Income: $66,164
Median Owner Occupied Home Value: $167,620
Average Years of Education: 12

███████ DANVILLE PA 17821-2153, MONTOUR COUNTY (Nov 1998)
**Name Associated with Address:**
VICKI A KOCH

**Neighborhood Profile (2010 Census)**
Average Age: 35
Median Household Income: $36,442
Median Owner Occupied Home Value: $92,500
Average Years of Education: 13

███████ DANVILLE PA 17821-8470, MONTOUR COUNTY (Jul 1998)
**Name Associated with Address:**
VICKI A KOCH
**Current Residents at Address:**
███████████████

**Current phones listed at this address:**
570-█████ - EDT MARKS JENNIFER
570█████

**Neighborhood Profile (2010 Census)**
Average Age: ██
Median Household Income: $80,431
Median Owner Occupied Home Value: $228,448
Average Years of Education: 16

**Watercraft:**
[None Found]

**Possible Associates:**
████████████ LexID: ████████ DOB: ██████
█xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
**Previous And Non-Verified Address(es):**
██████████ WILLIAMSPORT PA 17701-5629, LYCOMING COUNTY (Dec 2000 - Dec 2011)
██████████ WILLIAMSPORT PA 17701, LYCOMING COUNTY (Oct 2008)

EXHIBIT A-4