
Legal & Professional

# Accurint® for Legal Professionals

The best person and business finder when speed and quality are important.

**This advanced people- and business-finding technology leverages over 37 billion public and proprietary records from more than 10,000 diverse sources.**

Our identity repository includes:

- 8.5 billion unique name/address combinations
- 552 million phone numbers
- 178 million unique cell phones
- 536 million unique email addresses
- 780 million vehicle titles

You can locate the most current address and phone number information quickly, even when you begin your search with only fragments of information.

## Contact a Rep

| Features | Benefits | Quick Tip Videos | Webinars |

- **Up-to-date contact information**
  Locate individuals and businesses with powerful search tools. Run several kinds of reports: Summary, Finder, Asset, Comprehensive, Contact Card, Pre-Litigation, and Address.
- **Real-time phones**
  From one form, search information on 552 million phone numbers with data coverage, including unlisted, non-published, landline, wireless, voice-over Internet Protocol, and other phone listing types.
- **People at work**
  Dig deeper into connections between individuals and businesses, including information such as business addresses, phone numbers, and possible dates of employment.
- **Business searches**
  Pinpoints information on millions of businesses quickly, with access to such information as active and inactive records of incorporation, pending filings, and DBAs.
- **Asset searches**
  Confirm the existence of a variety of different assets, such as real property, motor vehicles and FAA aircraft.
- **Court Search Ordering Wizard**
  Click a simple icon to run a Court Search Ordering Wizard for any record.
- **LexisNexis® Batch Services**
  Verify volume data quickly, easily and at a discounted price with this additional account service.

Share

---

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports data, as provided by the public records and commercially available data sources, and is not the source of the data, nor is it a comprehensive compilation of the data. Before relying on any data, it should be independently verified. The LexisNexis Risk Solutions FL Inc. Accurint for Legal Professionals services are not provided by "consumer reporting agencies," as that term is defined in the Fair Credit Reporting Act (15 U.S.C. § 1681, et seq.) ("FCRA") and do not constitute "consumer reports," as that term is defined in the FCRA. Accordingly, the Accurint for Legal Professionals service may not be used in whole or in part as a factor in