**Risk Solutions**  Careers  Contact

Risk Home   Our Solutions   Newsroom   Insights   Customer Success   About Us   Product Sign On

# Accurint® for Collections
**Locate debtors and shorten debt collection cycles**

Billions of dollars in consumer loans are in delinquency at any given time, and credit issuers and debt collection services can only expect to retrieve a fraction of the amount actually owed.

## Benefits

Improve your recovery rates with Accurint® for Collections, a powerful suite of skip tracing tools to help you locate both individuals and businesses, thereby improving debt collections and enhancing operational efficiency.

- Over 4 billion records
- Data compiled from more than 10,000 independent sources
- Ranked results and phonetic matches
- Administrative feature to monitor and manage users
- Extensive search tips and online training

**Locate debtors**

Research has shown that as many as 35% of delinquent debtors move each year and 50% of all accounts received for collections require some form of skip tracing. The up-to-date, comprehensive Accurint® database can help improve your right party contact by 30%, by leveraging data from 4 billion public records on more than 200 million individuals. This powerful tool returns current addresses, unpublished and cell phone telephone numbers, relatives, roommates, associates, property, work and business locations to improve your skip trace efforts.

**Shorten the debt collections cycle**

Accurint® for Collections improves debt collections and enhances operational efficiency by helping collectors locate debtors quickly and easily through proven skip tracing tools and cost effective online resources.

*Get it now: For more information about LexisNexis® Accurint® for Collections, call 800.869.0751.*

## Features

**LexID®**

Our advanced data-linking technology securely and intelligently analyzes billions of partial and complete records, and then filters and links that information based on relevance to provide a more complete picture of an individual.

**Accurate and up-to-date contact information**

Accurint® for Collections includes a number of powerful search tools to locate individuals and businesses.

**Deep Skip Tracing**

Leverages the proprietary Accurint® database of billions of current and historical records to help you locate debtors, even with old or partial information.

**Phones Plus**

Lets you access the more than 98 million numbers currently not included in the Electronic Directory Assistance (EDA). Includes millions of cell phone and non-published numbers.

**People at Work**

Links more than 132 million individuals to businesses. Includes business address and phone number.

**Business searches**

Accurint® for Collections quickly pinpoints information on over 20 million businesses and allows you immediate access to active and inactive records of incorporation, pending filings and DBAs.

*Get it now:* For more information about LexisNexis® Accurint® for Collections, call 800.869.0751.

## More Information

### Case Study

Midpoint Resolution Group Raises the Profit Bar with LexisNexis® Collection Solutions

### Literature

LexisNexis® Accurint® for Collections

*Get it now:* For more information about LexisNexis® Accurint® for Collections, call 800.869.0751.

## Clients & Testimonials

Over the course of nine months, we have attracted some of the top clients in the industry and have grown from 15 employees to 50 as a result of our increased efficiency and the better results we have received from our searches.

Alex Kowtun, Managing Partner, Midpoint Resolution Group

*Get it now:* For more information about LexisNexis® Account Monitoring, call 800.869.0751.

## Contact Us

For more information about our solutions call **800.869.0751** or contact us online



Learn More >

Accurint® for Collections does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint® for Collections may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose