**Subject:** RE: Accurint
**Date:** Monday, September 30, 2013 at 2:15:52 PM Eastern Daylight Time
**From:** Lewis, Susan Lynn (LNG-DAY)
**To:** Vicki Piontek

Yes, many companies do.

**Kind Regards,**





**Virtual Community** FOR LEGAL PROFESSIONALS

www.lexisnexis.com/virtualcommunity

**Watch this Memphis Testimonial for CaseMap**

---

**From:** Vicki Piontek [mailto:vicki.piontek@gmail.com]
**Sent:** Saturday, September 28, 2013 11:08 PM
**To:** Lewis, Susan Lynn (LNG-DAY)
**Subject:** Re: Accurint

Dear Susan,

Can the Accurint reports be used for employment verification?

Vicki Piontek
Attorney at Law
951 Allentown Road
Lansdale, PA 19446
877-737-8617
Fax: 866-408-6735
palaw@justice.com

---

**From:** "Lewis, Susan Lynn (LNG-DAY)" <susan.lewis@lexisnexis.com>

EXHIBIT D-1

Page 1 of 4

**Subject:** RE: Accurint
**Date:** Friday, September 6, 2013 at 8:25:19 AM Eastern Daylight Time
**From:** Lewis, Susan Lynn (LNG-DAY)
**To:** Vicki Piontek

*Yes it can be used for both.*

Kind Regards,



Susan Lewis
LexisNexis
Regional Sales Executive

(937) 247-8058
1-866-960-2397 Fax
susan.lewis@lexisnexis.com
9443 Springboro Pike
Miamisburg, OH 45342

  LexisNexis·

# Virtual Community FOR LEGAL PROFESSIONALS

www.lexisnexis.com/virtualcommunity

**Watch this Memphis Testimonial for CaseMap**

---

**From:** Vicki Piontek [mailto:vicki.piontek@gmail.com]
**Sent:** Thursday, September 05, 2013 10:22 PM
**To:** Lewis, Susan Lynn (LNG-DAY)
**Subject:** Accurint
**Importance:** High

Regarding the Accurint products, I have a question. Can they be used for consumer debt collection? Or for collection of business debts? Which type? Or both?

Vicki Piontek
Attorney at Law
951 Allentown Road
Lansdale, PA 19446
877-737-8617
Fax: 866-408-6735
palaw@justice.com

---

**From:** "Lewis, Susan Lynn (LNG-DAY)" <susan.lewis@lexisnexis.com>

EXHIBIT D-2