
RECEIVED MAR 21 2014 CLERK, U.S. DISTRICT COURT RICHMOND, VA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GREGORY THOMAS BERRY, et al., :
                Plaintiffs, :
v.                                  :
LEXISNEXIS RISK & INFORMATION :   11-cv-00754
ANALYTICS GROUP, INC., et al., :
                Defendants :

## ORDER

AND NOW, this _____ day of _____, 20____, upon consideration of the OBJECTION OF VICKI PIONTEK TO PROPOSED RULE 23(B)(2) CLASS ACTION SETTLEMENT, the same shall be GRANTED. The certification of the RULE 23(B)(2) CLASS in this action shall be DENIED.

_____
THE COURT