**IN THE UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **GREGORY THOMAS BERRY, *et al.*,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Civil Action No. 3:11cv754-JRS** |
| **LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., *et al.*,** | : | |
| | : | |
| **Defendants.** | | |

**JOINT STATUS REPORT**

The parties submit this Joint Status Report to notify the Court of two deadlines in the previously submitted proposed Injunctive Relief Order which require modification if this Court grants the Parties' Joint Motion For Final Approval of Class Action Settlement (Dkt. No. 100). In light of the uncertainty of whether the Court will approve the proposed settlement, Defendants have met those deadlines which can be addressed regardless of whether the proposed class settlement as presented to the Court is approved. There are, however, two deadlines which require modification. Thus, attached to this Joint Status Report as Exhibit A is a revised proposed Injunctive Relief Order. The attached is identical in substance to proposed order submitted to this Court on March 18, 2013 (Exhibit A to Dkt. No. 63-1, Page ID # 650-661), with the exception that the dates for the completion of the effort to migrate existing customers set forth in paragraphs 5.1.3 and 5.1.4 are changed from December 31, 2014 and June 30, 2015 to December 31, 2105 and June 30, 2016, respectively.

**GREGORY THOMAS BERRY, SUMMER DARBONNE, RICKEY MILLEN, SHAMOON SAEED, ARTHUR B. HERNANDEZ, ERIKA A. GODFREY, AND TIMOTHY OTTEN, *et al.***

By:/s/Leonard A. Bennett
Leonard A. Bennett
Virginia State Bar No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com

Matthew James Erausquin
Virginia State Bar No. 65434
Consumer Litigation Associates PC
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
Telephone: 703-273-6080
Facsimile: 888-892-3512
Email: matt@clalegal.com

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: srotkis@clalegal.com

Dale Wood Pittman
Virginia State Bar No. 15673
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St.
Petersburg, VA 23803-3212
Telephone: 804-861-6000
Facsimile: 804-861-3368
Email: dale@pittmanlawoffice.com

**LEXISNEXIS RISK SOLUTIONS FL, INC., LEXISNEXIS RISK DATA MANAGEMENT, INC., AND REED ELSEVIER, INC.**

By:/s/David N. Anthony
David Neal Anthony
Virginia State Bar No. 31696
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
Richmond, VA 23219
Telephone: 804-697-5410
Facsimile: 804-698-5118
Email: david.anthony@troutmansanders.com

James Francis McCabe
(Admitted Pro Hac Vice)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415-268-7011
Facsimile: 415-268-7522
Email: jmccabe@mofo.com

Ronald Irvin Raether, Jr.
(Admitted Pro Hac Vice)
FARUKI IRELAND & COX PLL
500 Courthouse Plaza SW
10 N Ludlow St.
Dayton, OH 45402
Telephone: 937-227-3733
Facsimile: 937-227-3717
Email: rraether@ficlaw.com

*Counsel for Defendants*

Craig Carley Marchiando
Caddell & Chapman
1331 Lamar St., Suite 1070
Houston, TX 77010
Telephone: 713-751-0400
Facsimile: 713-751-0906
Email: ccm@caddellchapman.com

Cynthia Bodendieck Chapman
Caddell & Chapman
1331 Lamar St., Suite 1070
Houston, TX 77010
Telephone: 713-751-0400
Facsimile: 713-751-0906
Email: cbc@caddellchapman.com

Erin Amanda Novak
Francis & Mailman PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Email: enovak@consumerlawfirm.com

James Arthur Francis
Francis & Mailman PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com

David A Searles
Francis & Mailman PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: dsearles@consumerlawfirm.com

John Soumilas
Francis & Mailman PC
Land Title Building
100 S Broad Street. 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Email: jsoumilas@consumerlawfirm.com

Michael Allen Caddell
Caddell & Chapman
1331 Lamar St., Suite 1070
Houston, TX 77010
Telephone: 713-751-0400
Email: mac@caddellchapman.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on the 10th day of July, 2014, I electronically filed the foregoing Joint Status Report with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212

Leonard A. Bennett
Matthew Erausquin
Susan M. Rotkis
Janelle E. Mason
Consumer Litigation Associates P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

Michael A. Caddell
Cynthia B. Chapman
Craig C. Marchiando
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010

James A. Francis
Mark D. Mailman
John Soumilas
David A. Searles
Erin A. Novak
Francis & Mailman
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Attorneys for Plaintiffs Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey and Timothy Owen

David N. Anthony (Bar No. 31696)
TROUTMAN & SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: 804.697.5410
Facsimile: 804.698.5118
Email: david.anthony@troutmansanders.com

Ronald I. Raether, Jr. (Pro Hac Vice)
FARUKI IRELAND & COX. P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: 937.227.3733
Facsimile: 937.227.3717
Email: rraether@ficlaw.com

James F. McCabe (Pro Hac Vice)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: jmccabe@mofo.com

Attorneys for Defendant Reed Elsevier Inc., LexisNexis Risk Solutions FL Inc. and LexisNexis Risk Data Management, Inc.

Jeanne Giles
260 Gooseberry Drive
Reno, NV 89523
*Pro Se*

Adam E. Schulman
Center for Class Action Fairness
1718 M. Street NW #236
Washington, DC 20036
*Pro Se*

Charles Bennett Molster, III
Winston & Strawn LLP
1700 K St. NW
Washington, DC 20006

Kimball Richard Anderson *(Pro Hac Vice)*
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL 60601-9703

Samuel Issacharoff *(Pro Hac Vice)*
40 Washington Square South
411J
New York, NY 10012

William Paul Ferranti *(Pro Hac Vice)*
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL 60601-9703

*Attorneys for Megan Christina Aaron, et al.*

David Brown
1717 Market Street
Tacoma, WA 98402
*Pro Se*

/s/David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
Richmond, VA 23219
Telephone: 804-697-5410
Facsimile: 804-698-5118
Email: david.anthony@troutmansanders.com