UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GREGORY THOMAS BERRY *et al.*,

                Plaintiffs,

v.

LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC. *et al.*,

                Defendants.

Action No. 3:11-CV-754

## **FINAL ORDER**

THIS MATTER is before the Court on a Joint Motion for Final Approval of Class Action Settlement ("Motion for Final Approval") (ECF No. 100) filed by Plaintiffs and Defendants (collectively, "Parties"). The Court finds that certification of the two classes defined by the Settlement Agreement proposed by the Parties in this case (ECF No. 101-2) is appropriate pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3). The Court further finds that the Settlement Agreement proposed by the Parties in this case is fundamentally fair, reasonable, and adequate under Fourth Circuit precedent.

Accordingly, and for the reasons set forth in the accompanying Memorandum Opinion, the Rule 23(b)(2) class and the Rule 23(b)(3) class, as defined in the proposed Settlement Agreement, are FINALLY CERTIFIED; the Motion for Final Approval is GRANTED; and the claims of all class members who did not timely opt out of the proposed Settlement Agreement are DISMISSED with prejudice.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Senior U. S. District Judge

ENTERED this \_\_5th\_\_ day of September 2014.