UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GREGORY THOMAS BERRY *et al.*,

            Plaintiffs,

v.

LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC. *et al.*,

            Defendants.

Action No. 3:11-CV-754

## **ORDER**

THIS MATTER is before the Court a Motion for Attorneys' Fees, Expenses, and Service Awards ("Motion for Attorneys' Fees") (ECF No. 102) filed by Plaintiffs. For the reasons set forth in the accompanying Memorandum Opinion, the Motion for Attorneys' Fees is GRANTED. It is hereby ORDERED that:

- Class Counsel is awarded as reasonable attorneys' fees and expenses incurred in this litigation, $3,333,297.05 in fees, and $41,702.95 in expenses, totaling $3,375,000, or 25% of the $13.5 million Rule 23(b)(3) Class common fund, in compensation for the benefit secured for the Rule 23(b)(3) Class;

- Class Counsel is awarded $5,333,188.21 in fees and $166,811.79 in expenses totaling $5,500,000, in compensation for the benefit secured for the Rule 23(b)(2) Class, to be paid separately by Defendants per the Parties' agreement; and

- Each Named Plaintiff is awarded $5,000 for his or her service as a Class Representative, to be paid separately by Defendants per the Parties' agreement.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Senior U. S. District Judge

ENTERED this \_\_\_5th\_\_\_ day of September 2014.