UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GREGORY THOMAS BERRY *et al.*,

                           Plaintiffs,

v.

LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC. *et al.*,

                           Defendants.

Action No. 3:11-CV-754

## **ORDER**

      THIS MATTER is before the Court on a Motion for Leave to File Objection to Proposed Rule 23(b)(2) Class Action Settlement ("Piontek Motion") (ECF No. 124) filed by *pro se* objector Vicki Piontek, Esq. Piontek opted out of the Rule 23(b)(3) Class, but failed to timely object to the settlement agreement in this matter, as it relates to the Rule 23(b)(2) Class. Additionally, each of Piontek's objections were raised by other objectors and considered by the Court prior to final approval of the settlement agreement in this matter. Accordingly, the Pointek Motion is DENIED as moot.

      Let the Clerk send a copy of this Order to all counsel of record.

      It is SO ORDERED.

                                              _____/s/_____
                                              James R. Spencer
                                              Senior U. S. District Judge

ENTERED this \_\_\_5th\_\_\_ day of September 2014.