

FILED

SEP 2 2 2014

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

GREGORY THOMAS BERRY, et al.
        Plaintiffs,

v.

LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC., et al.
        Defendants.

Case No: 3:11-cv-00754 JRS

Judge James R. Spencer

---

## NOTICE OF APPEAL

---

Adam E. Schulman
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW #236
Washington, DC 20036
Phone: (610) 457-0856
Email: shuyande24@gmail.com

*Pro Se*

Notice is hereby given that I hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order certifying the (b)(2) class and granting the (b)(2) settlement final approval (Dkt. 128), the accompanying Memorandum Opinion (Dkt. 127), the Order granting the motion for attorneys' fees (Dkt. 129), and the Injunctive Relief Order (Dkt. 131), all dated September 5, 2014, as well as all other orders and opinions that merge therein.

Dated:  September 18, 2014

Respectfully submitted,

Adam E. Schulman (DC Bar No. 1001606)
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (610) 457-0856
Email: shuyande24@gmail.com

*Pro se*

## CERTIFICATE OF SERVICE

I certify that I caused to be sent via USPS first-class mail, a copy of the foregoing notice of appeal to the Clerk of Court at the following address:

Clerk of Court
U.S. District Court for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

I further certify that I have caused to be sent by USPS or electronic mail, the document to the following attorneys of record:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
dale@pittmanlawoffice.com

Leonard A. Bennett
Matthew Erausquin
Susan M. Rotkis
Janelle Mason Mikac
Consumer Litigation Associates P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
lenbennett@cox.net
matt@clalegal.com
srotkis@clalegal.com
janelle@clalegal.com

James A. Francis
Mark D. Mailman
John Soumilas
David A. Searles
Erin A. Novak
Francis & Mailman
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
jfrancis@consumerlawfirm.com

jsoumilas@consumerlawfirm.com
enovak@consumerlawfirm.com
dsearles@consumerlawfirm.com

Michael A. Caddell
Cynthia B. Chapman
Craig C. Marchiando
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010
mac@caddellchapman.com
ccm@caddellchapman.com
cbc@caddellchapman.com
David N. Anthony
TROUTMAN & SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
david.anthony@troutmansanders.com

James Francis McCabe
MORRISON & FOERSTER LLP
425 Market Street
San Francisco CA 94105-2482
jmccabe@mofo.com

Ronald Irvin Raether , Jr.
FARUKI IRELAND & COX PLL
500 Courthouse Plaza SW
10 N Ludlow Street
Dayton OH 45402

rraether@ficlaw.com

Charles Bennett Molster, III
Winston & Strawn LLP
1700 K St. NW
Washington, DC 20006
cmolster@winston.com

Kimball Richard Anderson
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL 60601-9703
kanderson@winston.com

Samuel Issacharoff
40 Washington Square South
411J

New York, NY 10012
samuel.issacharoff@nyu.edu

William Paul Ferranti
Winston & Strawn LLP (IL-NA)
35 W. Wacker Dr.
Chicago, IL 60601-9703
bferranti@winston.com

David Brown
1717 Market Street
Tacoma, WA 98402

Jeanne Giles
260 Gooseberry Drive
Reno, NV 89523

I declare under penalty of perjury that the foregoing is true and correct.

Adam E. Schulman

Dated: September 18, 2014