**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| GREGORY THOMAS BERRY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:11-cv-754 |
| ) | |
| v. ) | Judge James R. Spencer |
| ) | |
| LEXISNEXIS RISK & INFORMATION ) | |
| ANALYTICS GROUP, INC., et. al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the 20,206 absent class member objectors listed in Exhibit A, including Megan Christina Aaron (the "Aaron Objectors"), hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Final Order (Dkt. 128) and accompanying Memorandum Opinion (Dkt. 127) entered in this action on September 5, 2014, together with all underlying orders, rulings, and findings, including without limitation the order granting attorneys' fees and incentive awards (Dkt. 129) and the Injunctive Relief Order (Dkt. 131).[1]

Respectfully submitted,

Dated: September 29, 2014

/s/
Charles B. Molster, III
Va. Bar No. 23613
Attorney for Megan Christina Aaron, *et al.*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000 (phone)
(202) 282-5100 (fax)
cmolster@winston.com

---

[1] Exhibit A hereto is identical to Dkt. 72-1, which is the publicly filed list of Aaron Objectors, redacted consistent with the District's rules on personal information.

OF COUNSEL:

Richard Monroe Paul III
(*application to appear pro hac vice pending*)
PAUL McINNES LLP
2000 Baltimore Avenue, Suite 100
Kansas City, Missouri 64108
(816) 984-8103 (phone)
(816) 984-8101 (fax)
paul@paulmcinnes.com

Samuel Issacharoff
40 Washington Square South, 411J
New York, NY  10012
(212) 998-6580 (phone)
(212) 995-4590 (fax)
samuel.issacharoff@nyu.edu

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2014, I caused the foregoing notice of appeal, together with Exhibit A thereto, to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to CM/ECF participants. I hereby further certify that I caused the foregoing document to be sent by first class mail (without exhibit) to the following non-CM/ECF participants:

Adam E. Schulman
Center for Class Action Fairness
1718 M. Street NW #236
Washington, DC 20036

David Brown
1717 Market Street
Tacoma, WA 98402

Jeanne Giles
260 Gooseberry Drive
Reno, NV 89523

Vicki Piontek
951 Allentown Road
Lansdale, PA 19446

                /s/
Charles B. Molster, III
Va. Bar No. 23613
Attorney for Megan Christina Aaron, *et al.*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5988 (phone)
(202) 282-5100 (fax)
cmolster@winston.com