# IN THE UNITIED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

|   |   |   |
|---|---|---|
| GREGORY THOMAS BERRY | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:11-cv-754 |
| | ) | |
| LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., et. al., | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF APPEAL

Notice is hereby given that the 7,289 absent class member objectors listed in Exhibit A, including Scott Hardway (the "Hardway Objectors"), hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Final Order (Dkt. 128) and accompanying Memorandum Opinion (Dkt. 127) entered in this action on September 5, 2014, together with all underlying orders, rulings, and findings, including without limitation the order granting attorneys' fees and incentive awards (Dkt. 129) and the Injunctive Relief Order (Dkt. 131).[1]

Respectfully submitted,
**EDWIN F. BROOKS**

By:     /s/
      Of Counsel

---

[1] Exhibit A hereto is virtually identical to DKT. 119 Exhibit 2, which is the publicly filed list of Hardway Objectors, redacted consistent which the District's rules on personal information.

OF COUNSEL:

Edwin F. Brooks, Esquire
6 West Broad Street
Richmond, Virginia 23220
brooks@efbrooks.com

Thomas W. Bevan, Esquire
Beven & Associates, LPA, Inc.
Dean Memorial Parkway
Boston Heights, OH 44236
tbevan@bevanlaw.com

## CERTIFICATE

I hereby certify that on this 9th day of October, 2014, I caused the foregoing notice of appeal, together with Exhibit A thereto, to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to CM.ECF participants. I hereby further certify that I caused the foregoing document to be sent by first class mail (without exhibit) to the following non-CM/ECF participants:

Adam E. Schulman
Center for Class Action Fairness
1718 M. Street NW #236
Washington, DC 20036

David Brown
1717 Market Street
Tacoma, WA 98402

Jeanne Giles
260 Gooseberry Drive
Reno, NV 89523

Vicki Piontek
951 Allentown Road
Lansdale, PA 19446

                                         /s/
                               Edwin F. Brooks
                               ATTORNEY AT LAW
                               6 West Broad Street
                               Richmond, Virginia 23220
                               (804) 648-1448
                               (Fax) 648-8001
                               VSB # 33711
                               brooks@efbrooks.com