FILED: January 12, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————————

No. 14-2006 (L)
(3:11-cv-00754-JRS)

—————————————

GREGORY THOMAS BERRY; SUMMER DARBONNE, on behalf of herself and
all others similarly situated; RICKEY MILLEN, on behalf of himself and all others
similarly situated; SHAMOON SAEED, on behalf of himself and all others
similarly situated; ARTHUR B. HERNANDEZ, on behalf of himself and all others
similarly situated; ERIKA A. GODFREY, on behalf of herself and all others
similarly situated; TIMOTHY OTTEN, on behalf of himself and all others similarly
situated

　　　　　Plaintiffs - Appellees

　and

LEXISNEXIS RISK AND INFORMATION ANALYTICS GROUP, INC.;
SEISINT, INC.; REED ELSEVIER, INC.

　　　　　Defendants - Appellees

　v.

ADAM E. SCHULMAN

　　　　　Party-in-Interest - Appellant

------------------------------

JAMES TAYLOR LEWIS GRIMMELMANN

Amicus Supporting Appellants

_____

No. 14-2050
(3:11-cv-00754-JRS)

_____

GREGORY THOMAS BERRY; SUMMER DARBONNE, on behalf of herself and all others similarly situated; RICKEY MILLEN, on behalf of himself and all others similarly situated; SHAMOON SAEED, on behalf of himself and all others similarly situated; ARTHUR B. HERNANDEZ, on behalf of himself and all others similarly situated; ERIKA A. GODFREY, on behalf of herself and all others similarly situated; TIMOTHY OTTEN, on behalf of himself and all others similarly situated

Plaintiffs - Appellees

and

LEXISNEXIS RISK AND INFORMATION ANALYTICS GROUP, INCORPORATED; SEISINT, INCORPORATED; REED ELSEVIER, INCORPORATED

Defendants - Appellees

v.

MEGAN CHRISTINA AARON and the Aaron Objectors

Party-in-Interest - Appellant

------------------------------

JAMES TAYLOR LEWIS GRIMMELMANN

     Amicus Supporting Appellants

_____

No. 14-2101
(3:11-cv-00754-JRS)

_____

GREGORY THOMAS BERRY; SUMMER DARBONNE, on behalf of herself and all others similarly situated; RICKEY MILLEN, on behalf of himself and all others similarly situated; SHAMOON SAEED, on behalf of himself and all others similarly situated; ARTHUR B. HERNANDEZ, on behalf of himself and all others similarly situated; ERIKA A. GODFREY, on behalf of herself and all others similarly situated; TIMOTHY OTTEN, on behalf of himself and all others similarly situated

     Plaintiffs - Appellees

and

LEXISNEXIS RISK AND INFORMATION ANALYTICS GROUP, INCORPORATED; SEISINT, INCORPORATED; REED ELSEVIER, INCORPORATED

     Defendants - Appellees

v.

SCOTT HARDWAY and Hardway Objectors

     Party-in-Interest - Appellant

------------------------------

JAMES TAYLOR LEWIS GRIMMELMANN

Amicus Supporting Appellants

————————————

M A N D A T E

————————————

The judgment of this court, entered 12/04/2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*